UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Frankfort Case No. 25-cr-5-GFVT-MAS     At Lexington     Date May 16, 2025

USA vs Howard Keith Hall     X present ___ custody ___ bond  X  OR   Age ___

DOCKET ENTRY: The Court conducted Defendant's initial appearance, arraigned him, and advised him of his constitutional rights, the pending charges, and the possible penalties. United States Probation Officer Brian Rains was also present. The United States did not request pretrial detention. Defendant released on conditions as set forth on the record and in a separate Order of release.

Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under Brady v. Maryland, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances. Consistent with the Due Process Protections Act, the Court orally confirmed this disclosure obligation on the record and issues this written order stating the same.

PRESENT:   HON. MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

| Samantha Howard and Katie Pollard | Audio File | None | Kate K. Smith |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant   J. Guthrie True    x  present    x  retained    ___ appointed

I, Katie Pollard, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file
KYED-LEX__3-25-CR-5-GFVT-MAS_20250516_090006

PROCEEDINGS:  **INITIAL APPEARANCE AND ARRAIGNMENT**

| | |
|---|---|
| X | Copy of Indictment given to the defendant. |
| X | Defendant states true name is as stated on the indictment. |
| X | Defendant advised the Court that he will retain counsel. |
| | Defendant request that the Court appoint counsel. |
| | Financial Affidavit executed & filed. |
| | Defendant qualified for Court Appointed Counsel under provision of CJA. |
| | Ordered _____ appointed as counsel under the CJA. |
| X | Defendant advised of Constitutional Rights. |
| X | Defendant advised of the nature of charges and possible penalties. |
| X | Defendant waives formal arraignment. |
| X | Defendant waives reading of Indictment – Information.    ___ Indictment – Information read. |
| X | Defendant pleads ___ Guilty to Counts     X  Not guilty to Counts ALL |
| | Assigned for **Detention Hearing** on _____ before Magistrate Judge Matthew A. Stinnett |
| X | PRETRIAL MOTIONS are to be filed pursuant to the Court's pretrial order to be entered. |
| X | Assigned for **JURY TRIAL** on July 14, 2025, at 10:00 a.m. in Frankfort before Judge Gregory F. Van Tatenhove; counsel to be present at 9:30 a.m. |
| X | Number of days expected for trial 5 |
| X | The Court covered standard collateral consequences and notification rights tied to non-citizen status. |
| X | United States advised no victims requested to be heard as part of proceeding |
| X | Defendant to remain on bond, conditions of release. |
| | Defendant remanded to custody of the USM. |
| | USPO to circulate Pretrial Services Report (PSR) to counsel. Counsel may retain PSR while detention issues pend but may not copy of disseminate the report to any person (except defense counsel can share content with Defendant). |

Copies:  COR, USP, USM, D, JC, Frank. Clerk     Initials of Deputy Clerk: slh/kmp     TIC: /22

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY