UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:25-cr-00005-GFVT-MAS |
| v. ) | |
| HOWARD KEITH HALL, ) | **ORDER** |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Defendant's Motion to Continue Trial, Declare Case Complex, and Reset Pretrial Deadlines. [R. 16.] Defendant Hall's Motion requests a telephonic scheduling conference. *Id.* Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. A telephonic conference is **SCHEDULED** for **2:30 p.m.** on **Tuesday, June 10, 2025,** with Judge Van Tatenhove sitting in **Frankfort,** Kentucky; and

2. To join the teleconference, the parties are **DIRECTED** to call CMS Teleconferencing at 1-606-371-5577 and enter Meeting ID 728 687 831 (followed by #).

This the 5th day of June, 2025.

Gregory F. Van Tatenhove
United States District Judge