UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

UNITED STATES OF AMERICA

v.  Criminal No. 3:25-cr-00005-GFVT-MAS

HOWARD KEITH HALL,

*Defendant.*

_____

**DEFENDANT'S MOTION TO DISMISS INDICTMENT**
_____

Comes the defendant, Howard Keith Hall, by counsel, pursuant to Fed. R. Crim. P. 12(b)(3)(B)(v), and moves the Court to dismiss the above-styled and numbered indictment for failure to state an offense.

The defendant is charged with two counts of mail fraud, in violation of 18 U.S.C. § 1341, and one count of federal funds fraud, in violation of 18 U.S.C. § 666(a)(1)(A). The charges stem from compensation paid to an assistant county attorney while the defendant served as county attorney of Pike County, a position the defendant has not held since 2020.

The counts of the indictment should be dismissed because: (1) all three counts lack any state-law underpinning; (2) there is no material falsehood necessary for a federal fraud offense under either (i) the mail fraud statute, 18 U.S.C. § 1341, or (ii) the federal funds fraud statute, 18 U.S.C. § 666(a)(1)(A); (3) there is no federal funds fraud offense due to (i) the 18 U.S.C. § 666(c) exception and (ii) the lack of "agent" status of the defendant for 18 U.S.C. § 666 purposes; and (4) the rule of lenity applies to bar this federal prosecution.

A memorandum in support of this motion is filed herewith.

                        Respectfully submitted,

                        TRUE GUARNIERI AYER, LLP

                        /s/ J. Guthrie True
                        J. Guthrie True
                        124 West Clinton Street
                        Frankfort, KY  40601
                        Telephone: (502) 605-9900
                        Facsimile: (502) 605-9901
                        E-mail: gtrue@truelawky.com

                        Counsel for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served on all counsel of record this 21st day of July, 2025, by filing a copy of the same with the Electronic Court Filing System of the United States District Court for the Eastern District of Kentucky.

                        /s/ J. Guthrie True
                        Counsel for Defendant