UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

UNITED STATES OF AMERICA

v.                                              Criminal No. 3:25-cr-00005-GFVT-MAS

HOWARD KEITH HALL,

    *Defendant.*

---

## ORDER DISMISSING INDICTMENT

---

This matter is before the Court on the motion of the defendant, Howard Keith Hall, to dismiss the indictment, pursuant to Fed. R. Crim. P. 12(b)(3)(B)(v), for failure to state an offense.

The defendant is charged with two counts of mail fraud, in violation of 18 U.S.C. § 1341, and one count of federal funds fraud, in violation of 18 U.S.C. § 666(a)(1)(A).  The charges stem from compensation paid to an assistant county attorney while the defendant served as county attorney of Pike County.

The counts of the indictment must be dismissed because: (1) all three counts lack any state-law underpinning; (2) there is no material falsehood necessary for a federal fraud offense under either (i) the mail fraud statute, 18 U.S.C. § 1341, or (ii) the federal funds fraud statute, 18 U.S.C. § 666(a)(1)(A); (3) there is no federal funds fraud offense due to (i) the 18 U.S.C. § 666(c) exception and (ii) the lack of "agent" status of the defendant for 18 U.S.C. § 666 purposes; and (4) the rule of lenity applies to bar this federal prosecution.

The Court having considered the motion and being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Dismiss shall be and is hereby GRANTED

and the above-styled and numbered indictment shall be and is hereby DISMISSED WITH

PREJUDICE in its entirety.

SO ORDERED this _____ day of _____, 2025.