OFFICE OF
# HOWARD KEITH HALL
PIKE COUNTY ATTORNEY
P.O. Box 1289
PIKEVILLE, KENTUCKY 41502-1289

PROSECUTORS ADVISORY COUNCIL

TELEPHONE: (606) 433-1822
FAX: (606) 432-3016

2010 OCT 11 A 11: 45

PT-005

October 8, 2010

Prosecutors' Advisory Council
Office of the Attorney General
C/O Ms. Debbie Sutherland
Capitol Suite 118
700 Capitol Avenue
Frankfort, Ky 40601-3449

Dear Ms. Sutherland:

    This will confirm your conversation with Michael Shane Hall on October 6, 2010, in regards to his application for employment. Pursuant to that conversation, please accept this letter as notice of Mr. Hall's employment with the Pike County Attorney's office effective immediately. He will be employed as part-time assistant Pike County Attorney, and will be paid a salary of $10,000.00 per year with full insurance and retirement benefits. Start on October 1, 2010 if you (Mr. Other)

    If you have any questions, please do not hesitate to call.

Sincerely,

Howard Keith Hall
Pike County Attorney

USA-00000769