# UNIFIED PROSECUTORIAL SYSTEM
# PAYROLL CERTIFICATION
# SALARIED EMPLOYEES

PIKE County

This is to certify that the salaried employees listed below have fulfilled all statutory duties of their employment for the pay period ending on __04/30/2020__, except as noted for leave without pay (LWOP) as a result of one of the following: (1) family medical leave (FM), (2) military leave (MI), (3) a budget-imposed furlough (FU), or (4) other LWOP (O). For LWOP, please put one of the above-listed codes in the third columns and the dates of leave in the fourth column below.

| EMPLOYEE NAME | POSITION | STATUS | THIS EMPLOYEE WORKED AN AVERAGE OF 30 HOURS PER WEEK THIS PAY PERIOD | LWOP CODE (FM MI FU O) | DATES FOR LWOP |
|---|---|---|---|---|---|
| Tawana Huffman | Legal Secretary | FT | ✓ | | |
| Karen Harr | Legal Secretary | FT | ✓ | | |
| Michael Hall | Co Atty Assistant | PT | ☐ | | |
| Joe Friend | Co Atty Assistant | PT | ☐ | | |
| Robert Polous | Legal Secretary | FT | ✓ | | |
| Tommy Chamberlin | Co Atty Assistant | PT | ✓ | | |
| Donald Deskins | Co Atty Assistant | PT | ✓ | | |
| Cullen Hall | Legal Secretary | PT | ☐ | | |

COUNTY ATTORNEY SIGNATURE
(MUST BE ORIGINAL SIGNATURE)

Please return Payroll Certification to: Prosecutors Advisory Council Staff, 1024 Capital Center Drive, Frankfort, KY 40601-8204. (Direct questions regarding receipt of check to 1-888-722-7823).

DUPLICATE FORM AS NEEDED

USA-00000481