# Exhibit A



# ADMINISTRATIVE MANUAL

Updated 3/2018

USA-00031111

# OVERVIEW

## UNIFIED PROSECUTORIAL SYSTEM

In response to the ratification of Kentucky's Judicial Article in 1975, the 1976 Extraordinary Session of the General Assembly created the Unified Prosecutorial System.  KRS 15.700 declares that it shall be the policy of the Commonwealth to encourage cooperation among law enforcement officers and to provide for the general supervision of criminal justice by the Attorney General as chief law enforcement officer of the Commonwealth, in order to maintain uniform and efficient enforcement of the criminal law and the administration of criminal justice throughout the Commonwealth.

The Unified Prosecutorial System is administered by the Prosecutors Advisory Council with the Attorney General serving as chairperson.  The Unified Prosecutorial System is comprised of the 57 Commonwealth's Attorney and 120 County Attorney offices which prosecute criminal cases throughout Kentucky's circuit and district courts.

The County Attorneys and Commonwealth's Attorney within a judicial circuit are required to cooperate in the enforcement of criminal and penal laws of the Commonwealth and, when necessary, assist each other in prosecution within their respective courts. KRS 15.725(3).  Each Commonwealth's Attorney and County Attorney shall be, ex officio, a special prosecutor of the Commonwealth, and as such shall perform such duties and render such services, at such time and places, coextensive with the Commonwealth, as may be required by the Attorney General. KRS 15.205, KRS 15.725(3) and KRS 15.730.  The duties and services may include, but are not limited to prosecution of or participation in an action outside of his judicial circuit when directed by the Attorney General and assisting the Attorney General in preparation and presentation of the Commonwealth's position in the appeal of criminal cases. KRS 15.730.

The County Attorneys and Commonwealth's Attorneys are required to provide to the Prosecutors Advisory Council data regarding cases of child sexual abuse as defined under KRS 15.706. Statistical data is collected on a calendar year basis and reporting in the manner prescribed by the Prosecutors Advisory Council is mandatory. KRS 15.706(2). Failure to report may subject a County Attorney or Commonwealth's Attorney to salary reduction. 15.706(8).

Other statutes require cooperation with state administrative agencies who are authorized to call upon the County Attorney, Commonwealth's Attorney or Attorney General for legal assistance.

USA-00031112

**COMMONWEALTH'S ATTORNEYS**

The Office of the Commonwealth's Attorney was established as a constitutional office under the Kentucky Constitution of 1850. See Ky. Const. (1850), Art. 6, Sec. 1.  The present Kentucky Constitution requires the election of a Commonwealth's Attorney in each circuit court district for a term of six years. Ky. Const., Sec. 97.  The Commonwealth's Attorney must be 24 years old, a citizen of Kentucky, a resident of the state for two years, a resident of the district one year prior to election, and a licensed practicing lawyer for four years prior to the election. Ky. Const., Sec. 100.

Effective July 1, 2015, fifty-one Commonwealth's Attorney Offices have full-time status.  The elected officials in these Judicial Circuits are prohibited from having a private practice[1].

Part-time Commonwealth's Attorneys are not prohibited from engaging in the private practice of law.

It is the duty of the Commonwealth's Attorney to attend each circuit court held within the judicial circuit.  Except as provided in KRS 15.715 (governing intervention in criminal prosecutions by the Attorney General), the Commonwealth's Attorney has the duty to prosecute all violations of the criminal and penal laws that are tried in the Circuit Court within the Judicial Circuit.  In addition, the Commonwealth's Attorney shall have the primary responsibility within the Judicial Circuit to present evidence to the grand jury concerning such violations. See KRS 15.725.

Other duties include investigating and prosecuting violations of the election laws and in the absence from a county of all district judges, circuit judges, and all trial commissioners, prepare warrants to be issued by the circuit clerk.  In judicial circuits containing a city of the first or second class or an urban-county government, except Franklin County, the Commonwealth's Attorney must attend all civil cases and proceedings in which the Commonwealth is interested in the circuit courts within the judicial circuit. See KRS 69.010.

Other specific duties of the Commonwealth's Attorney are provided by statutory provision, including but not limited to the following references:

Each Commonwealth's Attorney shall advise the collector of money due the Commonwealth in each county of his district in regard to motions against delinquent collecting officers for failing to return executions, and shall prosecute the motions (KRS 69.030).

Each Commonwealth's Attorney shall investigate and inquire into the condition of all unsatisfied judgments in his district in favor of the Commonwealth.  He shall take all necessary steps by motions, action or otherwise to collect the unsatisfied judgments and cause them to be paid into the state treasury (KRS 69.040).

---

[1]  See full listing of counties and circuits in Appendix A

USA-00031113

A Commonwealth's Attorney or a County Attorney may petition the Governor of Kentucky for extradition of a person who has been charged with or convicted of a crime in Kentucky and who has left the state.

USA-00031114

**COUNTY ATTORNEYS**

The Office of the County Attorney was established as a constitutional office under the Kentucky Constitution of 1850. Ky. Const. (1850), Art. 6, Sec. 1. The present Kentucky Constitution requires the election of a County Attorney in each county for a term of four years. Ky. Const., Sec. 99.  The County Attorney must be 24 years of age, a citizen of Kentucky, a resident of the state for two years, a resident of the county one year prior to election, and a licensed practicing attorney for two years prior to election. Ky. Const., Sec. 100.  The County Attorney is not prohibited from engaging in the private practice of law.

The County Attorney shall attend district court in the county and prosecute all violations of criminal and penal laws within the jurisdiction of that district court. See KRS 15.725(2). The County Attorney is responsible for handling felony cases until transfer to circuit court and all misdemeanors, juvenile and traffic cases. KRS 15.752(2).  The County Attorney has jurisdiction, as do the Attorney General and Commonwealth's Attorney, to investigate and prosecute violations of the election laws. KRS 15.242. The County Attorney must bring action in the District Court to determine paternity when a request is made by the mother, putative father, child, person or agency substantially contributing to the support of the child.

A County Attorney may petition the Governor of Kentucky for extradition of a person who has been charged with or convicted of a crime in Kentucky and who has left the state.  In the absence from a county of all district judges, circuit judges, and all trial commissioners, the circuit clerk in each county may issue criminal warrants prepared by the Commonwealth's or County Attorney.

By statute, the County Attorney is required to represent various agencies.  In addition to the prosecutorial function, various state and county legal duties have been mandated to the County Attorney.

USA-00031115

**PROSECUTORS ADVISORY COUNCIL**

The Prosecutors Advisory Council was created pursuant to KRS 15.705 for the purpose of administration of the Unified Prosecutorial System.  The Council consists of nine (9) members designated pursuant to statute as follows:

- The Attorney General;
- Three (3) Commonwealth's Attorneys
    - including one appointee from counties containing a first or second-class city or an urban-county government,
    - one appointee from counties containing a third-class city, and
    - one appointee from other counties each of whom are appointed by the Governor from a list of three (3) names for each Commonwealth's Attorney position submitted by the Commonwealth's Attorney Association;
- Three (3) County Attorneys
    - one appointed from counties containing a first or second-class city or an urban-county government,
    - one appointed from counties containing a city of the third class, and
    - one appointed from the other counties) each of whom are appointed by the Governor from a list of three (3) names for each County Attorney position submitted by the County Attorneys Association; and
- Two (2) non-attorney citizen members appointed by the Governor.

The Attorney General serves during his term of office and the other members serve at the pleasure of the Governor.  The Council is responsible for, but not limited to, the preparation of the budget, continuing legal education, and program development of the Unified Prosecutorial System.  The Council in its sole discretion may delegate these functions to the Office of the Attorney General.

The Council normally meets bi-monthly but may meet more often during legislative sessions. The most recent annual calendar of regularly-scheduled Council meetings is available publicly online at ag.ky.gov (under Prosecutors Advisory Council). Meetings are open to any interested party and formal access to the Council is established through the Office of the Attorney General, Office of the Prosecutors Advisory Council.  Minutes are kept of each Council meeting, and after final approval of the Council, are provided online on the PAC Intranet[2]. Meetings of the Prosecutors Advisory Council are subject to the Open Meetings Act, KRS 61.800 to 61.850.

---

[2]  For access contact PAC staff at pactstaff@prosecutors.ky.gov

USA-00031116



**PROSECUTORS ADVISORY COUNCIL**

**CHAIR**
Hon. Andy Beshear
Attorney General
Capitol Building, Suite 118
700 Capitol Avenue
Frankfort, KY 40601
Phone: (502) 696-5500
Fax: (502) 696-5532

**COMMONWEALTH'S ATTORNEY REPRESENTATIVES**

Hon. Chris Cohron
8th Judicial Circuit
1001 Center Street, Suite 205
Bowling Green, KY
Phone: (270) 746-7485
Fax: (270) 746-7812
Email: ctcohron@prosecutors.ky.gov

Hon. Rob Sanders
16th Judicial Circuit
303 Court Street, Room 605
Covington, KY 41011
Phone: (859) 292-6580
Fax: (859) 292-6587
Email: rsanders@prosecutors.ky.gov

Hon. Jackie Steele
27th Judicial Circuit
128 North Main Street
London, KY 40741
Phone: (606) 330-2035
Fax: (606) 330-2069
Email: jsteele@prosecutors.ky.gov

**COUNTY ATTORNEY REPRESENTATIVES**

Hon. Robert Neace
Boone County Attorney
2970 Union Square
Burlington, KY 41005
Phone: (859) 334-3200
Fax: (859) 334-3212
Email: rdneace@boonecountyky.org

Hon. Martin Hatfield
Pulaski County Attorney
103 South Maple Street
Somerset, KY 42502
Phone: (606) 679-4449
Fax: (606) 678-2635
Email: mhatfield@prosecutors.ky.gov

Hon. Rodney Davis
Estill County Attorney
200 Main Street
Irvine, KY 40336
Phone: (606) 726-9991
Fax: (606) 726-9772
Email: rgd@davislawky.com

**CITIZEN MEMBERS**
Mr. Aaron Dail
Mr. Grayson Smith

USA-00031117

**PROSECUTORS ADVISORY COUNCIL STAFF**

The Prosecutors Advisory Council Staff provides administrative services to the Prosecutors Advisory Council and the Unified Prosecutorial System, which consists of 57 Commonwealth's Attorneys and 120 County Attorneys.

At the direction of the Prosecutors Advisory Council, the Staff:

- Prepares budgets for the 177 locally elected prosecutor's offices;

- Provides continuing legal education;

- Initiates program development of the Unified Prosecutorial System;

- Provides personnel, payroll, and fringe benefit services for the Unified Prosecutorial System employees;

- Provides administrative and fiscal support to the local offices;

- Administers federal, state and local grants and funds deposited on behalf of offices of the Commonwealth's and County Attorneys;

-  Provides computer and network support for state-owned and distributed equipment;

- Serves as an information clearinghouse for the Council;

- Assists in the collection of statistical data including child sexual abuse prosecution and heroin rocket dockets and issues annual reports;

- Administers the Victim/Witness Protection Program;

- Administers Asset Forfeiture Accounts on behalf of the Prosecutors Advisory Council for the benefit of Commonwealth's and County Attorneys;

- Provides staff services for the Prosecutors Advisory Council; and

- Acts as the liaison on behalf of the Council between federal/state agencies.

7

USA-00031118

**Prosecutors Advisory Council Staff**
1024 Capital Center Drive
Frankfort, Kentucky 40601
Tel: (502) 696-5500
Fax: (502) 696-5532
Email: PACStaff@prosecutors.ky.gov

**Bobby Stokes – Executive Director**
**Assistant Attorney General**
**Office of the Prosecutors Advisory Council**
*PAC Meeting Agenda Requests*
*Expert Witness Requests*
*Legal Research*
*Asset Forfeiture*
*Open Records & Open Meetings*
*Personnel Requests*

**Madeline Wise – Executive Advisor**
*Procurement & Administration Manager*
*Leasing*
*Victim/Witness Protection Requests*

**Susan Blake** *– PAC Training Coordinator*
*Training & Continuing Legal Education Liaison*
*MDT Child Sexual Abuse Case Data*

**Gina Carey** *– Budget Advisor*

**Sheila Kratzer – Administrative Support**
*Reception & General Communications*
*Purchasing/Supply Orders*
*Contact Lists*
*Records Retention Officer*

**Carol Smith – Grant Administrator**
*Grants Management*
*Travel Reimbursement*
*Deposits*

**Elizabeth Newton – Benefits Administrator**
*New Employee Application Packets*
*Health & Life Insurance Benefits Administration*
*Payroll Certification Forms*

**Julie Cox – HR Administrator**
*Personnel/Payroll processing*
*W2, Retirement and Taxes*
*Unemployment/Workers Comp Claims*

**Rachel Peak – Accountant**
*Payment Processing*
*Billing Issues*
*Postage*
*ID Badges*
*Legal Research Ordering/Billing*

**Michael Carr – Network Analyst**
*Computer Help Desk Issues*
*Telephone Help Desk Contact*
*IT and Telephone Purchasing*
*Insurance/Inventory*

**Tom Lockridge** *– Traffic Safety Resource Prosecutor*
**Carol Ray** *- PAC Rocket Docket Data Collector*
**Chad Coleman & Robin Watkins** *– Regional Information Technology Specialists*

8

# PERSONNEL

# POLICIES

# AND

# PROCEDURES

USA-00031120

## A.    FILLING VACANCIES

All personnel vacancies occurring within the Commonwealth's and County Attorney offices shall be filled by the elected official.  **All employees hired by County and Commonwealth's Attorneys serve at will and are NOT covered under the Kentucky classified service/merit system.** Appointments are to be made on the 1st or 16th of the month consistent with the start of a pay period.  The procedure set out below shall be followed in filling all state funded prosecutorial positions.

Note: **Assistant Commonwealth's Attorneys** shall be attorneys licensed to practice in the Commonwealth and, **if employed full-time**, shall **not** be allowed to engage in the private practice of law. (KRS 15.760(3)

Note: **Assistant County Attorneys** shall reside in the county in which the County Attorney is elected, or within thirty (30) miles of the county line, or in a contiguous county and shall be attorneys licensed to practice in the Commonwealth. (KRS 69.300)

Note: All **Victims' Advocate** appointments are required to meet the qualifications provided under KRS 15.760 (6) (b) (KRS 69.350 for County Attorney Victim's Advocates). To ensure that education and experience levels are met, it is important that you do not commit to hiring an applicant until the PAC Executive Director or appointee has reviewed and approved the personnel application.  Please advise applicants to provide a complete job history description when completing the personnel application in order to provide all relevant professional experience. A résumé is also encouraged.

Pursuant to the statute, the individual employed as a victim advocate must be:
1.    an individual at least 18 years of age;
2.    of good moral character;
3.    with at least 2 years of experience working in the human services field or court system in a position requiring **professional** contact with children or adults; who has:
4.    received a baccalaureate degree in social work, sociology, psychology, guidance and counseling, education, religion, criminal justice, or other human service field; **OR**, received a high school diploma or equivalency certificate, **and, in addition to the experience required in paragraph 3,** has at least four years' experience working in the human services field or court system.

## B.    APPLICATION PROCESS

Each new employee (including newly elected or appointed officials) must file the following documents with the PAC Staff at least five (5) working days prior to the

10

USA-00031121

appointment date.  Each employment packet (comprised of the list of items below) must be accompanied by an appointment letter stating the name of the appointee and detailing the starting date, position to be filled and the annual salary.  A complete electronic version of the employment packet is available on the PAC Intranet site.

In compliance with the Health Insurance Portability and Accountability Act (HIPAA) of 1996 (P.L. 104-191), any forms containing personal health information or other information that may identify the employee (i.e. full name, social security number, date of birth) should be mailed or sent via secure facsimile[3] to the PAC staff. Please do not email these forms unless otherwise advised.

1.      Personnel Application

        All staff must complete the entire application form.  Elected officials are required to list all information except employment history and references.  Applications must be signed by the employee.

2.      Tax Forms

        W-4 (Employees' Withholding Allowance Certificate - Federal)
        K-4 (Employees' Withholding Exemption Certificate - State)

        Indicate correct Social Security number and number of exemptions.

        The K-4 and W-4 must be signed by the employee.

        *Change in Tax Status*

                Any employee wishing to change the amount withheld from the payroll check should file an amended K-4 and/or W-4 with the PAC Staff or log into Employee Self Service in KHRIS[4].

        *Name Change on Tax Forms*

                Name changes should be reported to the PAC Staff for correction on personnel forms.  The Social Security card must be corrected to match the name change.  A copy of the new Social Security card must be forwarded to the PAC Staff.

---

[3]  PAC Fax (502) 696-5532
[4]  The Employee Self Service (ESS) can be found on the KHRIS website at: https://khris.ky.gov/irj/portal

USA-00031122

3. U. S. Department of Justice/Immigration and Naturalization Service – Form I-9 Employment Eligibility Verification

**This form must be completed and signed by the employee and the elected official.** The law requires that the employer (elected official) review and certify that employee eligibility verification documents (usually a state issued driver's license and original Social Security card) presented by the employee appear to be genuine and relate to the individual. A copy of the verification documents MUST be submitted to PAC staff with the application packet.

**FULL-TIME AND PART-TIME EMPLOYEES WHOSE STATUS REQUIRES THEM TO WORK AN ANNUAL AVERAGE OF 100 HOURS OR MORE PER MONTH AND WHO ARE CONTRIBUTING MEMBERS TO THE RETIREMENT SYSTEM[5] MUST ALSO COMPLETE THE FOLLOWING FORMS.**

4. Health Insurance Application or Waiver Form

An application must be completed and signed before coverage can go into effect. The waiver section of the application must be signed if the employee does not want state provided coverage.

An employee who fails to complete an application or waiver within 30 days of appointment will not have health insurance coverage or Health Reimbursement Account (HRA) funds (if eligible) and cannot apply for coverage until the next open enrollment period – typically October of each year.

5. Retirement Forms

A. Retirement Membership Information (Form-2001)

This form is required to provide basic membership information. Signature is required.

B. Retirement Beneficiary Designation (Form-2035)

This form is to designate a beneficiary. The member and a witness must sign the form. Changes in beneficiaries can be made by completing a new beneficiary form.

---

[5] Not returning retirees

USA-00031123

C.    Returning Retirees Only (Form-6751)

This form must be completed by the Member wishing to return to employment with a participating agency in state or local government and sent to the Human Resources Administrator for the agency they will work (in this case the Commonwealth's or County Attorney office).  The form must be turned in and the member MUST receive written confirmation of approval to return to work before accepting the position with the agency.

D.    Returning Retirees – Medicare Eligible ONLY

If an employee is a returning retiree and Medicare eligible AND appointed to a Full-time or Part-time (over 100 hours per month) position, then the employee will need to select a health insurance plan through PAC (which may increase the cost of health insurance for the employee).  The employee MUST drop their health insurance through the Kentucky Retirement Systems.

If an employee is a returning retiree and Medicare eligible AND appointed to a Quarter-time (under 100 hours per month) position, then the employee may elect to remain covered through the Kentucky Retirement Systems health insurance plan.  The employee will be required to complete a health insurance plan and choose either a plan or Waiver with no HRA funds[6].

## C.    FRINGE BENEFITS

Each full-time and part-time employee whose status requires them to work an annual average of 100 hours per month and who is a contributing member to the retirement system is eligible for a state provided single health and life insurance policy.  The employee is also eligible to participate in the deferred compensation program, savings bond program, credit union, and various optional insurance plans. Additional information on any of the fringe benefits listed below can be found on the state Personnel Cabinet website under the Benefits section at:  https://personnel.ky.gov It is very important to note that employees of the Unified Prosecutorial System are not classified employees under KRS Chapter 18A. Therefore, some of the benefits described by the Personnel Cabinet's website may not apply.  For questions relating to benefits of the Unified Prosecutorial System, read below or contact PAC at: personnel@prosecutors.ky.gov .

---

[6] Returning retirees are not eligible for HRA or FSA accounts if they keep health insurance through the Kentucky Retirement Systems.

13

USA-00031124

1.    **Health Insurance**

**(FOR COMPLETE INFORMATION REGARDING HEALTH INSURANCE PLEASE REFER TO** WWW.KEHP.KY.GOV**)**

*Eligibility:*

A new employee must apply for health insurance within thirty (30) days of his employment date.  If the application is not submitted within 30 days, the member will be automatically defaulted to a Standard Single PPO plan if a plan or waiver of coverage is not chosen.

Health Insurance coverage for eligible employees who have completed the proper application is effective the first day of the second month following the date of employment.  For example:

| Date of Employment | Effective Date of Coverage |
|---|---|
| January 1 | March 1 |
| January 16 | March 1 |

*Premiums:*

Depending on the level of health insurance coverage you select, the state pays either the full or partial premium.  If required, the first premium payment will be deducted from the second paycheck the employee receives.

Example: Hire date is January 1st; the first premium is deducted on the February 16th – 28th pay period which is reflected on the March 15th paycheck.

*Change in Coverage – Qualifying Event:*

Whenever there is a change in the family that may affect your coverage - change of name, addition or deletion of dependent, marriage, divorce or death - a new enrollment Add/Drop form (check http://kehp.ky.gov or the PAC Intranet for correct form) must be submitted within **35** days of the change.  Failure to report changes on time may result in loss of benefits.

When an employee's marital status changes and the employee desires to

14

USA-00031125

change from single coverage to couple or family coverage, a new application must be submitted within **35** days of the date of the marriage. A copy of the marriage certificate, marriage license or 1040 tax form (if children are to be added as well). Birth certificates must be included for any children added. The change will become effective the first day of the next calendar month following the date the application is signed and submitted.

Any employee with single coverage will be given the option to change to a parent plus or family plan in order to cover their newborn child. The application must be signed within 60 days after delivery of the child (30 days if adding additional dependents with the newborn). The new coverage will be made effective retroactive to the first day of the birth month if the child was born on the 1st - 15th, or the first day of the following month if the child was born on the 16th - 31st. The same would apply for adopting a child (however adoption papers must be submitted). Any necessary arrears will be deducted from the employee's paycheck.

An employee can change from family to single coverage when a qualifying event occurs. The change will be effective the first day of the next calendar month from the date the application is signed and submitted.

*Waiver of Insurance Coverage:*

An employee already covered by insurance may waive the state coverage. After coverage has been waived, the insurance can be applied for only during the annual open enrollment period or if a qualifying event occurs. An employee who waives health insurance may be eligible for the $175/month HRA contribution[7]. Employees must provide proof of having other group sponsored coverage in order to waive coverage and receive the HRA. Check with PAC Staff for more information. **All applications must be submitted to PAC Staff.**

---

[7]  $2100 total for a calendar year, $1050 for the first half of the year (Jan-June) and $1050 for the second half of the year (July – Dec) on July 1.

15

USA-00031126

*COBRA  (Consolidated Omnibus Budget Reconciliation Act of 1985)*

COBRA is federal legislation which requires state agencies to comply with the following:

A.    Give departed workers, whether they quit, retire, are laid off, fired, or whose hours have been reduced such that the worker is no longer eligible for the group plan, the option of continuing their group health coverage for 18 months.  The only exception is termination due to gross misconduct; and

B.    Give the spouse of a deceased, divorced or separated employee the option of continuing group coverage for 36 months.  This option is also available to the employee's children.

Premiums for COBRA are slightly higher than the state group rates.

COBRA applications, with complete instructions, are automatically forwarded to eligible employees who leave employment under the conditions listed above.  Wageworks administers and distributes all COBRA information to all eligible employees.  PAC staff is not responsible for distribution.

2.    **Flexible Benefits Plan  - Health Insurance Payment Election**

All qualified permanent, full-time employees and permanent, part-time employees who work at least 100 hours a month are eligible to participate in the Flexible Benefits Plan.

*Flexible Spending Accounts –FSA*

This is an optional benefit that allows employees to pay for out-of-pocket medical and dependent day care expenses with tax-free dollars.  All permanent, full-time employees and permanent, part-time employees who work at least 100 hours a month are eligible to participate in the Flexible Spending Accounts. Employees who wish to participate must complete an enrollment form EACH YEAR during open enrollment or within 30 days of employment. Should an employee be covered under their spouse's health insurance they do have the option of waiving coverage through state government and having the state's contribution ($175/per month) placed in the Health Care Spending Account.

16

USA-00031127

### *Health Reimbursement Account – HRA*

*Eligibility*

You are eligible for the Waiver HRA if you are an employee of a state agency, school board or certain quasi-governmental agencies and you are eligible for health insurance coverage. You are not eligible if your spouse has a Health Savings Account (HSA), if you are a member of an agency that doesn't participate in KEHP's HRA/FSA program, and if you are a retiree, under age 65 who has returned to work and elected coverage through retirement.

*Effective Date*

Coverage for new employees will become effective on the first day of the second calendar month following your date of hire. Example: If you begin anytime in August, you are eligible for coverage October 1. New employees may make their elections online in KHRIS or they may complete an enrollment application within the first 35 calendar days of employment.  If you fail to make your health insurance election or waive coverage within the designated time frame, you will not have coverage and will not be allowed to enroll until the next open enrollment period, unless an appropriate qualifying event occurs.

*Eligible Expenses*

Funds can be used for doctor visits, prescriptions, contacts, glasses, orthodontics and dental procedures.

### **Dental/Vision Only HRA**

*Eligibility*

You are eligible for the Waiver Dental/Vision Only HRA if you are an employee of a state agency, school board or certain quasi-governmental agencies, or if you are a retiree who has returned to work and is over age 65, and you are eligible for health insurance coverage. You are not eligible if you are a member of an agency that doesn't participate in KEHPs HRA/FSA program, or if you are a retiree, under age 65 who has returned to work and elected coverage through retirement.

*Effective Date*

Coverage for new employees will become effective on the first day of the second calendar month following your date of hire. Example: If you begin anytime in

17

USA-00031128

August, you are eligible for coverage October 1. New employees may make their elections online in KHRIS or they may complete an enrollment application within the first 35 calendar days of employment. If you fail to make your health insurance election or waive coverage within the designated time frame, you will not have coverage and will not be allowed to enroll until the next open enrollment period, unless an appropriate qualifying event occurs.

*Eligible Expenses*

Funds can be used for dental and vision services such as contacts, glasses, orthodontics, root canals, and routine dental check-ups.

**4.      Life Insurance**

Permanent full-time employees and part-time employees working 100 hours or more per month and participating in the retirement system are eligible for life insurance benefits.  All eligible employees receive term life insurance coverage ($20,000) paid for by the state.  The insurance takes effect on the first day of the second month following the month of employment.

Eligible employees may enroll for additional life insurance by completing and mailing the enrollment forms to the PAC Staff no later than 30 days from the date of appointment.  After the 30 day period, evidence of insurability is required.  Premium payments are made through payroll deduction.  Conversion is available for both the state-paid and optional coverage without evidence of insurability if the privilege is exercised within 31 days after employment is terminated.  For information on conversion privileges and the complete life insurance program, contact the Personnel Cabinet, Group Life Division at (800) 267-8352 or (502) 564-4774.  Enrollment and beneficiary information received in the application packet should be mailed directly to the PAC Staff.

**5.      Kentucky Employees Retirement System**

Participation in the Retirement System is mandatory for all full-time employees and part-time employees working an average of 100 hours per month during the year.

The state's employer contribution to the Retirement System is subject to change annually.  For employees hired prior to September 1, 2008, five percent (5%) of the employee's gross salary is payroll deducted for retirement purposes. Employees hired after September 1, 2008 are subject to a six percent (6%) retirement rate. See KRS 61.702(2)(b). Employee contributions are tax deferred until withdrawal or until retirement.

USA-00031129

The Kentucky Retirement System can refund the employee's contribution thirty (30) days after the date of resignation.  The state contribution can be collected only upon retirement from the state.  Requests for retirement refund forms should be made through the Kentucky Retirement System (KERS), 1260 Louisville Road, Frankfort, KY 40601.  The KERS website is: http://www.kyret.com/http://kyret.ky.gov

6. **Social Security**

The employee's withholding for FICA is matched by the state contribution at 7.65%.

7. **Credit Unions**

Employees may join the credit unions any time after being appointed.
Credit unions available to Unified Prosecutorial System employees include:

Commonwealth Credit Union       (502) 564-4775
Kentucky Employee Credit Union   (502) 564-5597

8. **Deferred Compensation**

The Deferred Compensation program allows an employee to defer a portion of gross salary at a tax advantage.  The amount deferred is not reflected in the taxable earnings on the W-2 at the end of the year.  For complete information and/or an analysis of specific savings plans, contact the Kentucky Public Employees Deferred Compensation Authority at (502) 573-7925 or on the web at: https://www.kentuckyplans.com.

9. **Optional Insurance(s)**

Many insurance companies have been authorized by the Personnel Cabinet to offer payroll deduction policies to state employees.  Policies include life, health, accident and cancer.  For more information, contact the PAC Staff.  There is NO open enrollment period for optional insurances.  You can enroll at any time.

19

USA-00031130

10.    **Unemployment Insurance**

Most state employees are now covered by unemployment insurance benefits.  If employment is terminated, your local unemployment insurance office should be contacted to obtain information concerning eligibility for unemployment compensation.

The Unified Prosecutorial System is a self-funded entity with respect to Unemployment Insurance charges.  Therefore, they will be charged to the Unified Prosecutorial System budget.  The Prosecutors Advisory Council has directed that ALL elected officials must respond to unemployment claims submitted by employees terminated at their discretion.

Appeals - Notification of an unemployment claim will be directed to the local prosecutor.  Any interested party, if dissatisfied with a benefit determination, may appeal for a hearing before one of the unemployment division's referees.  Such appeals must be filed in writing within ten days of the date such determination was mailed.  A simple letter, clearly indicating an intention to appeal the determination, will suffice.

11.    **Workers' Compensation Program**

All state employees, regardless of merit status or type of employment, are covered under the Kentucky Workers Compensation Law.  The law is designed to compensate employees for loss of earning power due to work related injuries or diseases, arising out of and in the course of their employment.

Should an injury occur, the employee is required to notify his supervisor as soon as possible.   KRS 342.185 states that "notice of the accident shall have been given to the employer as soon as practicable after the happening thereof."  The supervisor should immediately complete the "Workers Compensation First Report of Injury or Illness" online at https://personnel.ky.gov/pages/workerscomp.aspx .

A Workers Compensation Manual and other related information is available online at:

https://personnel.ky.gov/pages/workerscomp.aspx

For additional information, contact the Personnel Cabinet, Workers Compensation Branch at 888-860-0302 or (502) 564-6847.

USA-00031131

**D.    Personnel Action**

Personnel actions require a written request from the elected official or appointee in order to begin the process.  Every personnel action (appointment, resignation, etc.) must be documented with a Request for Personnel Action Notification Form (PAN).  This form is completed by the PAC Staff and submitted to the Personnel Cabinet.  After the approval process has been completed, a copy of the personnel action will be forwarded to the elected official.

The elected official must provide a copy to the employee as official record of the personnel action.

**E.    Payroll**

State employees are paid on the 15th and 30th except when those dates fall on a weekend or holiday.  Then, payroll direct deposits are issued on the preceding work day.  State accounting procedures require approximately two weeks for payroll processing, therefore, direct deposits will always be for the prior pay period rather than the one just completed.  For new employees, this means that it will take a month before the first direct deposit is issued.  After the first month, the new employee will receive a direct deposit twice a month.  If an employee leaves state employment, pay for the last worked pay period will be received about two weeks after the termination date.

**Payroll Certification Forms**

Payroll Certification forms must be completed at the end of each pay period, signed by the elected official, and mailed to the PAC Staff.  The name of each employee who is to receive payment must be listed on the Payroll Certification form.  Payroll checks for staff will not be mailed until a payroll certification has been received by PAC Staff.  Payroll certifications must have an original signature of the elected official, signature stamps are not acceptable.  Faxed certifications are not acceptable.  Please submit your payroll certification within 3 business days after the end of the pay period.  To verify payroll certifications have been received by PAC staff for each pay period, visit the PAC Intranet and check the Administration/Document Search page.  Once on the page, select the office from the drop down list.  If the certification has been received it will be indicated in the center of the screen with the date it was received.

USA-00031132

E-Payroll Certifications are available for an elected official wishing to use the service. Elected officials must contact PAC staff in writing to request to be signed up for the service.  E-Payroll certifications allow for electronic signature and email of payroll certifications.

Pay periods are:

1)    1st -15th of each month
2)    16th - last day of each month.

**Payroll Direct Deposit**

To direct deposit your payroll check into the financial institution of your choice and to ensure timely receipt of your funds, forward a completed Direct Deposit Form with a voided check to the PAC Staff.  Your next payroll check will be direct deposited after PAC staff processes your form.  Due to issues with postal mail, direct deposit is strongly encouraged.  Direct Deposit will be revoked for the staff if payroll certifications are not submitted in a timely manner.

**Employee ID Badge**

Employee ID badge request forms are available on the PAC Intranet site under the Administration/Forms tab.  The form must be downloaded, filled out, signed by both the employee and elected official.  The form can be scanned and emailed or faxed to PAC.  A digital picture must also be emailed to PAC at: pacstaff@prosecutors.ky.gov

## F.    Resignations

When an employee resigns, the elected official is to contact the PAC Staff **immediately** by telephone, then document the resignation by sending a copy of the resignation letter AND a letter from the elected official directing PAC staff to take the employee off the payroll.

## G.    Dismissals

The elected official should contact the PAC Staff by telephone **immediately**, then document the dismissal by sending a copy of the dismissal letter or direct a letter of notification regarding the dismissal to PAC Staff.

USA-00031133

**H**.     **Elected Official Annual Consumer Price Index Salary Adjustment**

In accordance with KRS 15.765 (3) and KRS 15.755 (7), County and Commonwealth's Attorneys normally receive an annual increase in salary based on the Consumer Price Index. This increase may not exceed the percentage set in the biennial budget appropriations bill. The Department of Local Government is required to compute the annual change in the Consumer Price Index by the second Friday in February. The salary increase will be adjusted retroactively to January 1.

**I.**     **Personnel Budget**

The Unified Prosecutorial System budget is under the authority of the Prosecutors Advisory Council. Budget changes are generally considered by the Council at the next PAC meeting immediately following receipt of a written[8] request from the County or Commonwealth's Attorney.

**J.**     **Staff Positions**

In accordance with KRS 15.760 (2), the number of assistants, secretaries, clerks, investigators, and other personnel positions are to be based on real need and are to be determined with the advice and consent of the Prosecutors Advisory Council.

**K.**     **Part-time and Quarter-time Positions**

Part-time positions within the Unified Prosecutorial System are classified as positions where the employee is required to work an average OVER 100 hours per month on an annual basis – these positions qualify for Retirement and Health/Life Insurance benefits

Quarter-time positions within the Unified Prosecutorial System are classified as positions where the employee is required to work an average UNDER 100 hours per month on an annual basis – these positions DO NOT qualify for Retirement and Health/Life Insurance benefits. Employees classified as "Quarter-time" must not exceed the 100 hour per month average limit.

See KRS 61.510 (21)

**L.**     **Share Employees**

Pursuant to KRS 15.725(3), the Commonwealth's Attorney and County Attorney in a judicial circuit shall cooperate in the enforcement of criminal and penal laws and shall

---

[8] Requests are permitted via mail, fax, or scan/email and must be on letterhead.

USA-00031134

assist each other when necessary within their respective courts.  Each Commonwealth's
Attorney and County Attorney may enter into agreements to share or redistribute
prosecutorial duties in the Circuit and District Court.   If a written agreement to share
prosecutorial duties is executed, a copy of the agreement shall be forwarded to the
Attorney General,  the chief judges of the Circuit and District Courts, and the chief
regional judges of the Circuit and District Courts.  The Prosecutors Advisory Council
shall, in allocating resources between the Commonwealth's and County Attorneys, take
the agreements into account.
Please notify PAC staff prior to execution of any sharing agreement.

Commonwealth's Attorneys cannot share an employee with a County Attorney outside
of their own judicial circuit.  Individuals classified as full-time employees cannot be
shared with other Commonwealth's or County Attorneys.

## M.    Non-State Funded Employees

Additional staff positions for which alternative funding has been obtained may be
authorized by the Prosecutors Advisory Council for criminal prosecution duties.  Send a
letter of request to the PAC Staff including the: 1) name of employee; 2) Social Security
number; 3) source of funding; and 4) salary rate.  Positions filled with such alternative
means will not be considered as justification in determining future staff levels funded by
the state.  Non-state funded employees paid through funds forwarded to and
administered by the Prosecutors Advisory Council must be approved by the Council.

## N.    Staff Salaries

Salaries are to be set by the elected official within the budget approved by the
Prosecutors Advisory Council.  All salaries and fringe benefits will be charged to the
elected official's budget.

Effective Date of Salary Changes - Salary Changes are to be made on the **1st or 16th** of
the month after proper written notification[9] (5 working days prior to the effective date)
to the PAC Staff.

---

[9]  On letterhead submitted via postal mail, fax or scan/email.

USA-00031135

## O.    Holidays

Holiday schedules are at the discretion of the elected official.  They do not necessarily have to follow the state holiday schedule though it is recommended.

The Kentucky Revised Statutes, KRS 18A.190 and KRS 2.110 list the following dates as state holidays:

> January 1, Plus One Extra Day (New Year)
> Third Monday in January (Martin Luther King, Jr. Birthday)
> One-Half Day in April (Good Friday)
> Last Monday in May (Memorial Day)
> July 4 (Independence Day)
> First Monday in September (Labor Day)
> November 11 (Veterans Day)
> Fourth Thursday in November, Plus One Extra Day (Thanksgiving)
> December 25, Plus One Extra Day (Christmas)

A list of annual state holiday dates as approved by the Governor for state executive branch employees is available at: personnel.ky.gov under the State Employees link.

## P.    Leave

Neither the Kentucky Revised Statutes nor Kentucky Administrative Regulations provide leave guidelines for the staff of the Unified Prosecutorial System.  **Leave is at the discretion of the elected official.**

**There is no authority by which the Prosecutors Advisory Council can compensate employees for unused leave upon termination of employment.**

A leave policy should be adopted as part of your office's employee handbook.

25

**Q.      Family and Medical Leave Act of 1993** (FMLA)

The Family and Medical Leave Act of 1993 requires covered employers to provide up to twelve (12) weeks of unpaid, job protected leave to "eligible" employees for certain family and medical reasons.  Employees are eligible if they have worked for state government for at least one year, and for 1,250 hours over the previous twelve (12) months.  Unpaid leave must be granted for any of the following reasons:

☐      to care for the employee's child after birth, or after placement of a child with the employee for adoption or foster care:

☐      to care for the employee's spouse, child, or parent who has a serious health condition; or

☐      for a serious health condition that makes the employee unable to perform his/her job.

A family leave form can be requested from the PAC Staff (email Personnel@prosecutors.ky.gov).

**R.      MODEL EMPLOYMENT POLICIES**

Please see attached as Appendix C, three (3) Model Policies relating to the following employment issues:

(1)      Americans with Disabilities Act
(2)      Equal Employment Opportunity & Affirmative Action
(3)      Sexual Harassment

NOTE that these are model policies *proposed* by the Prosecutors Advisory Council as of August 20, 2009. These policies are **advisory only, but you may wish to review them for possible adoption in your local offices.  These policies** may also be required for certain federal grant programs, so if your office has received a grant you may wish to review the conditions of the grant to determine if it would be advisable to adopt these policies. **In order to be bound by and rely upon any or all of these policies, you, as the elected officeholder, must adopt the policy as your own and communicate the policy to your employees.**

If you have any questions concerning these Model Policies, please do not hesitate to contact Bobby Stokes, Executive Director for PAC at bstokes@prosecutors.ky.gov

USA-00031137

# OPERATING

# FUNDS

# POLICIES

# AND

# PROCEDURES

USA-00031138

**COMMONWEALTH'S ATTORNEYS**
**AND**
**COUNTY ATTORNEYS**

Operating budgets for the Commonwealth's and County Attorney budgets are set annually based on general funds appropriated for the Unified Prosecutorial System in the Executive Branch budget and approved by the Prosecutors Advisory Council. Operating account funding is allocated on an annual fiscal year basis beginning July 1 and ending June 30 of each fiscal year. Unused operating funds lapse and will not be carried forward into the next fiscal year. Funds allocated for operating cannot be used for personnel and funds allocated for personnel cannot be used for operating except with specific approval from the Council.

**County Attorneys**

Historically, County Attorney budget appropriations are almost entirely dedicated to personnel expenditures. As a result, County Attorney operating accounts have never exceeded $3,000 annually and in many years have been less or completely eliminated. The Council will determine County Attorney operating budgets as part of the annual budget each year at the May or June PAC meeting. County Attorneys will be notified of operating and personnel budgets in writing after the Council has approved the new fiscal year budget but prior to the beginning of each fiscal year.

**Commonwealth's Attorneys**

Operating budgets for Commonwealth's Attorneys are based on 1) available funding, 2) historical expense data and 3) anticipated future savings/rate increases in certain categories. Commonwealth's Attorney operating budgets include separate allotments for various categories including Travel, Supplies and Postage. During budget cycles where general funds are determined to be insufficient, the Council may reduce or eliminate specific types of general fund expenditures including but not limited to travel and supply budgets.

The following operating expenses of the Commonwealth's Attorney and County Attorney offices will be paid directly to the vendor by the Kentucky State Treasurer through the Prosecutors Advisory Council Staff. This means that if you need to spend from your PAC operating budget – you MUST submit the request to PAC staff in order get it processed. Purchasing items or services without prior written approval will likely result in NOT being reimbursed. All items requested through PAC must be requested in writing via faxed letter or email from the elected official or designee. It is the responsibility of the elected official or designee to notify PAC staff when an order or service has been received and all invoices received at the office must be noted: "Approved for Payment" with the signature of the elected official and forwarded to PAC staff via fax or email for processing.

USA-00031139

## A.    Printing

All printing, including stationery, folders, etc., must be requested through the PAC Staff. Send either a sample of the printing order or an example of how it should look specifically noting color and font type/size.  The Department of Finance, Office of Procurement Services, **will not** approve payment for printing done by a local vendor. There are no exceptions to this rule UNLESS specifically determined by the Finance Cabinet, Office of Procurement Services.

## B.    Postage and Postage Meters

A written **request** for a check for postage must be submitted to the PAC Staff, and the request MUST include the amount of postage required.  The check, made payable to the U.S. Postmaster, will be mailed to the elected official in order to purchase postage.  A receipt from the Postmaster must be mailed to the PAC Staff following the purchase.  If the check is to be used for postage for a postage meter it is important to note who the check is payable to and what account number to reference.

Some offices have opted to use postage meters.  The annual cost of the meter rental, supplies and rate protection must be paid from the same general fund postage budget as the postage.  Additionally, repairs to postage meters or replacement of postage meters are not budgeted from general funds.

Most offices have opted to use Stamps.com for postage meter needs.  They charge a monthly fee of approximately $22 which must be paid from the same general fund postage budget as the postage.  Contact PAC Staff for information on obtaining a Stamps.com account.

USA-00031140

## C.    Materials and Supplies

Any items available through the state's primary vendor (Cardinal Office Supplies at publish date) must <u>not</u> be purchased from any other source, except to make local purchases in case of an emergency.  The total emergency purchase shall be pre-approved through the PAC Staff and shall not exceed $150.00.

Each office has an online account setup through PAC staff for necessary purchases.  ALL orders must be faxed or scanned/emailed to PAC with a signature of the elected official. Upon receipt of the order, it is the responsibility of the elected official or designee to notify PAC staff in writing via fax or email that the items have been received and are approved for payment.  Contact Sheila Kratzer for supply budget, account setup or ordering questions.

**GUIDELINES FOR ORDERING OFFICE SUPPLIES FROM STATE CONTRACT**

1.    All orders to be paid with Unified Prosecutorial System funds (General, Federal (grant), Agency (asset forfeiture or other)) must be approved by the elected official (whose signature is required on the submitted form)  and forwarded to the Prosecutors Advisory Council Staff on the appropriate form via email or fax.

2.    Orders to be paid from general fund operating may be made for office supplies only.

3.    Supplies include day-to-day items necessary for the proper implementation of the criminal law functions of your office, including copy paper, pens, file folders, paper clips, staples and other such commodities.

Supplies **do not include** capital outlays (such as computers, printers, copiers), leases, contracts for personal services (i.e. janitorial), furniture, equipment and items such as those non-supply items listed below:

- Break Room appliances
- Computers
- Copiers
- Radios
- Telephones
- Tools
- Travel Accessories
- Food Items
- Leather Items
- Medications

USA-00031141

4.    Please prepare and submit orders on a periodic basis such as monthly or quarterly.  Do not send orders for small items on a frequent basis.  Processing small orders is time consuming and not cost effective.

5.    Supply orders and all other procurement, contracts and purchases are subject to budget review and must conform to the *Manual of Policies and Procedures* adopted by the Finance and Administration Cabinet and incorporated by reference pursuant to 200 KAR 5:021.

USA-00031142

**D.    Travel Policies and Procedures**

<u>Commonwealth's Attorneys</u>

In addition to "in-circuit" mileage reimbursement, travel funds may be used for the following:

1.    Case Preparation - Examples include: traveling to a Kentucky State Police Crime Lab; locating or interviewing witnesses; consulting with an expert witness; meeting with support agencies such as Office of the Attorney General or other prosecutors, etc.

2.    Travel to other circuits on assignment from the Office of Attorney General as a special prosecutor are to be paid from the budget of the office receiving the benefit of the special prosecutor services.  If you require a special prosecutor, travel for that person(s) will be charged to your budget.  If general funds are not available from your budget, you may use your asset forfeiture funds to reimburse the special prosecutor.

3.    Participation in programs that benefit the criminal justice system - Examples include testifying before legislative or other government committees; serving as a member of PAC subcommittees; serving as faculty for training sessions; attending mandated task force meetings; attending regional prosecutor meetings, etc.

4.    The policy of the Prosecutors Advisory Council is to not use General Funds to reimburse travel expenses for continuing legal education (CLE) unless the CLE is either sponsored by the Council and approved for travel reimbursement or the Council has approved the sponsor/training for travel reimbursement.

<u>County Attorneys</u>

1.    Travel funds have not been authorized to County Attorneys.

2.    Only travel which has been specifically approved by the Prosecutors Advisory Council may be reimbursed, i.e. PAC sponsored continuing legal education.

3.    The policy of the Prosecutors Advisory Council is to not use General Funds to reimburse travel expenses for continuing legal education (CLE) unless the CLE is sponsored by the Council and approved for travel reimbursement.

USA-00031143

**Travel Vouchers**

Travel voucher forms can be downloaded from the PAC Intranet[10] (contact
PACStaff@prosecutors.ky.gov if you do not have access to the Intranet site).

Travel voucher forms are to be used for claiming reimbursement of your travel expenses
and should not be submitted to the PAC Staff more often than monthly. **You may
NOT be reimbursed for expenses incurred by someone else.**

Submit all travel vouchers and supporting documentation via email to
travel@prosecutors.ky.gov. Travel vouchers received by any other method, are not
processed for reimbursement.

All travel vouchers must contain the following:
   a) Traveler ID, to include name, workstation and both addresses;
   b) dates traveled;
   c) time of departure and arrival; round trip, single line entries only for in circuit
      travel or special prosecutors.
   d) locations (both from and to);
   e) round trip mileage for in-circuit travel or special prosecutors;
   f) traveler and elected officials signatures; and,
   g) Purpose for each line of travel, include 'special prosecutor' if applicable.

An Asset Forfeiture form is required for the following: prior fiscal year activity, training
(received or conducted), parking (receipt must be attached), baggage (receipt must be
attached), shuttle/uber (receipt must be attached). DO NOT claim TIPS.

*Hotel receipts: E-mail confirmations are not acceptable.

Accepted substitutes for baggage or shuttle/uber receipts: cancelled check (front and
back) or credit card receipts/statements.

Agendas are required for conference reimbursement, except KPC.

**Traveler ID** – The Traveler (Employee) ID is required in the Traveler ID space at the top
of the travel voucher.  Employee IDs can be found at the top left of the employee PAN
(personnel action notice) or by contacting Personnel@prosecutors.ky.gov.  Employee
IDs are 3 Alpha and 4 Numeric  - ex: AAA0000.  Employee IDs are used in place of social
security numbers.  **Do not put social security numbers on Travel Vouchers**.

---

[10]  https://prosecutors.ky.gov  contact the PAC Help Desk for login info if you do not know yours

USA-00031144

**Mileage** - The reimbursement rate is determined by the Finance Cabinet. Mileage is calculated from either the employee's home address to the location or the employee's workstation to the location, ***whichever is the shorter distance.***

The rate shall be adjusted on January 1, April 1, July 1, and October 1 of each calendar year based on the average retail price of regular grade gasoline for the week beginning on the second Sunday of the prior month. Check the Finance Cabinet website for the current mileage reimbursement rate: https://finance.ky.gov/services/statewideacct/Pages/travel.aspx or on the PAC Intranet.

***No reimbursement shall be paid for travel between residence and work.***

**Lodging** - Lodging cost should always be the lowest feasible.  Employees must request state government rates.  The state will not pay for lodging within forty (40) miles of claimant's residence or work station without specific pre-approval from PAC staff. When seeking reimbursement for lodging the travel voucher must have a detailed hotel receipt (with a zero balance due).  Hotel receipts must be in the name of the traveler. Reimbursement for lodging will only be made to the traveler – **NEVER pay for someone else's travel and seek reimbursement.  You will not be reimbursed!**

**Subsistence** - To be eligible for meal reimbursement while traveling, a claimant's authorized work must require overnight absence from his/her workstation and home during mealtime hours listed on the chart below for breakfast and/or lunch. Reimbursement is on a per diem basis only.  Actual expenses will not be reimbursed. Dinner expenses can be reimbursed if authorized travel requires an absence during the meal time hours listed on the chart below.  The original lodging receipt shall be submitted with the travel voucher.

**Reimbursement for non-high rate areas as of March 2018:**

| Non-High Rate Travel | | |
|---|---|---|
| Meal | Meal-time Hours | Reimbursement Amounts |
| Breakfast | 6:30am - 9:00am | $8.00 |
| Lunch | 11:00am - 2:00pm | $10.00 |
| Dinner | 5:00pm - 9:00pm | $18.00 |

USA-00031145

**Reimbursement for high rate areas:**

| High-Rate Travel | | |
|---|---|---|
| Meal | Meal-time Hours | Reimbursement Amounts |
| Breakfast | 6:30am - 9:00am | $10.00 |
| Lunch | 11:00am - 2:00pm | $11.00 |
| Dinner | 5:00pm - 9:00pm | $23.00 |

*There are no high rate areas in the state of Kentucky.  Please refer to the Finance/Travel website for a current list of high rate areas.

**Out-of-State Travel Authorization** -  Any County or Commonwealth's Attorney employee requesting out-of state travel must provide a letter of justification including estimated travel costs to the PAC Staff for approval.  This request should be submitted at least 30 days in advance of expected travel.  Unless otherwise approved, out-of-state travel is an Asset Forfeiture expense.   Out-of-state travel authorization is not required for same day trips to contiguous states.  Out -of -State travel authorization forms are available for download from the PAC Intranet.

## D.    Capital Outlay

Furniture and Equipment - Furniture and equipment must be purchased from vendors under price contract with the state.  For current brands and prices, contact the PAC Staff.  **Orders must be placed by PAC Staff**.  Items determined "not on price contract" may require a special requisition.  The requisition process is coordinated between PAC Staff and the Finance Cabinet/Office of Procurement Services.  Typically this process takes from 1 to 6 months to result in a contract for goods or services.

## E.    Legal Research and Books

Commonwealth's Attorneys and assistants will be provided with online legal research tools through Westlaw.  County Attorneys will be provided (when funding allows) online legal research from Lexis[11].    Contact PACStaff@Prosecutors.ky.gov to get logon credentials for online legal research. Licenses are limited for each office so it is your responsibility to notify PAC Staff and West or Lexis when an employee leaves and a new employee needs logon credentials.

When the budget allows, each full-time Commonwealth's Attorney is also allotted a small book budget.  This budget can be used for items not covered under the Westlaw or Lexis service that are determined to be critical to prosecutorial duties.  All orders

---

[11] Effective 6/1/17 through 5/31/21 if funding allows.

must be pre-approved by PAC staff prior to delivery of the product.   Asset forfeiture funds must be used for all other legal research books and subscriptions when book budgets are not allocated.

The annual Criminal Law of Kentucky book is provided for each County and Commonwealth's Attorneys office.  Offices will be notified in late fall when to expect their shipment of the books.  It is the offices responsibility to notify PAC Staff if they do not receive their books by the anticipated delivery date.  PAC Staff determines the number of books to send to each office based on the number of full-time assistants in each office.  If, after receiving a shipment, the elected official determines a need for more or less books exists than received – notify PAC staff and every effort will be made to satisfy your request.

The Kentucky Instructions to Juries eBook is ordered annually through PAC.  The Council may authorize general funds to pay for the annual subscription.  If general funds are not authorized and the office wishes to continue the subscription, an Asset Forfeiture Expenditure form will be required.  An email will go out in the fall of each year regarding the renewal.  The office must respond to be included in the purchase.

## F.    Office Expenses

PAYMENTS OF THE FOLLOWING OPERATING EXPENSES DIFFER DEPENDING UPON FULL-TIME OR PART-TIME STATUS OF THE LOCAL COMMONWEALTH'S ATTORNEY OFFICE:

**OFFICE RENT, UTILITIES, AND TELEPHONE**
**Full-time Commonwealth's Attorney Offices**

Full-time Commonwealth's Attorney office expenses are paid directly to the vendor in the manner explained below for each category:

**Office Lease Payments** - The lease is established between the Unified Prosecutorial System/Prosecutors Advisory Council and property owner through the Finance Cabinet/Division of Real Properties.  The general fund budget pays 100% of the lease cost for the space directly to the lessor.  The Division of Real Properties determines the amount of square footage required for housing the prosecutorial functions of the Commonwealth's Attorney based on information provided on the Space Request Form. Lease payments are processed monthly or quarterly as pre-determined by the vendor and sent out by the 15th of the month (or quarter) for the following month (or quarter).

*Important Notes regarding Leasing of Office Space for Commonwealth's Attorneys:*

USA-00031147

- *Space acquisitions (including parking) & modifications require PAC approval if the change will result in additional budget expenditures.*
- *Space Request Forms can be submitted to Real Properties to request replacement, additional or new space upon approval of the Prosecutors Advisory Council. Justification for such requests must be provided to the Prosecutors Advisory Council for consideration as these requests will have a budgetary impact.*
- *The budget does not allow for multiple offices per circuit.*
- *Replacement/new space requests will result in sealed advertisement to bid for the opportunity to lease if county/city owned suitable space is not available. Winning bids will be determined by the Division of Real Properties in consultation with Prosecutors Advisory Council Staff. Increase space requests may result in sealed bid advertisement.*
- *During the lease acquisition process, the potential occupants are prohibited from communicating with potential lessors pursuant to KRS 56.814.*

**Utilities**

Utilities may be included in the office lease. If utilities are not included in the lease, monthly bills are to be forwarded to the PAC for direct payment to the vendor. It is CRUCIAL to forward utility bills to PAC as soon as received in the local office. It is impossible for PAC staff to know if a bill is delinquent. Failing to forward bills to PAC could result in the disconnection or interruption of service. Bills are only processed for the current amount due. All BILLS can be submitted to PAC electronically via the Bills@prosecutors.ky.gov email address.

**Telephone/Internet**

Each full-time Commonwealth's Attorney's office with a lease agreement in place has a state-owned telephone system. All telephone & Internet service will be paid directly to the vendor. If bills are received at the office, it is the responsibility of the elected official or designee to forward the bills to PAC staff for payment. See warning in the Utility section regarding late or failing to submit bills to PAC.

In the event the phone system, phone lines, or Internet are malfunctioning, immediately contact PAC staff via the PAC Intranet, Tech Support link. If you are unable to access the Internet you may fax a request to PAC at: 502-696-5532.

**Cell Phones/iPads/Cable**

Cell phones/iPads/Cable TV service are not provided to or budgeted for County or Commonwealth's Attorneys through the Unified Prosecutorial System general fund budget.

USA-00031148

Cell phones and cell phone bills can be paid for through Asset Forfeiture funds by submitting the complete cell phone bill and a completed Application for the Expenditure of Asset Forfeiture Funds form.  Cell phone bills can be partially reimbursed to the elected official or a staff person via reimbursement – Expense Reporting form for elected official or Travel Voucher for staff – by submitting copies of the entire bill, receipts or cancelled checks for the bill, a certification of usage and a completed Application for the Expenditure of Asset Forfeiture Funds form.

iPads can be purchased from Asset Forfeiture funds.  Orders for iPads must be placed through PAC. iPads/tablets/cellphones purchased using asset forfeiture funds are STATE PROPERTY and not for personal use.  Additionally, this equipment must be surrendered to PAC upon separation from employment.

Cable television service can be paid from Asset Forfeiture funds.  Contact PAC Staff for approval before setting up the service.

If asset forfeiture funds are exhausted cell phone bills, cable television bills and/or iPad data bills are the responsibility of the elected official.

NOTE:  Cell phone bills paid partially or entirely through Asset Forfeiture Funds are subject to the open records act.


**PART-TIME Commonwealth's Attorney Offices and County Attorney Offices (where approved)**
**OFFICE RENT, UTILITIES, AND TELEPHONE**

Part-time Commonwealth's Attorney and (where approved) County Attorney office expenses are reimbursed via Expense Reporting Form in the manner explained below for each category:

**IMPORTANT: Expense Reporting Forms must be submitted with copies of the corresponding bills AND receipts or cancelled checks for each item for which reimbursement is being sought.**

**More complete information regarding the completion and submission of expense reporting forms is available in Appendix B.**

USA-00031149

**Office Rent**

If the elected official shares expenses with a law partner or other individual, the appropriate share must be deducted before the base charge can be determined for the elected official.  A Space Request Form must be prepared and submitted to the Finance Cabinet, Division of Real Properties.  The information provided on this form is used to determine the amount of square footage required for housing the prosecutorial functions of the County/Commonwealth's Attorney.   Additionally, an Application for Reimbursement of Office Rent must be submitted as this information is used along with the Space Request Form to determine the actual rent reimbursement. Based upon the space recommendations of the Finance Cabinet, Division of Real Properties, the part-time Commonwealth's Attorney/County Attorney may be reimbursed for rent based on the percentage of time spent on prosecution.

County Attorneys may not be reimbursed for rent beyond the available balance in their operating budget.  If the building is not owned by the Commonwealth's or County Attorney seeking reimbursement, a copy of the rent payment receipt is required backup information to process these payments.


**Utilities**

Utilities will be reimbursed based upon the percentage of time spent on prosecution as determined in the Office Rent section.

Example:  (75% percentage rate used for example)

| | |
|---|---|
| Gas: | $35.00 |
| Electricity | $20.00 |
| Water/Sewage | $15.00 |
| | $70.00 |
| Multiplied by % Rate | 75% |
| | |
| Amount to be Reimbursed | $52.50 |


Copies of the utility bill and cancelled checks are required backup information for these reimbursements.  Utilities are not reimbursable for County Attorneys.

USA-00031150

**Telephone/Internet**

Long distance telephone calls made for prosecution purposes may be reimbursed in full. Indicate these calls on your telephone bill by underlining.  Service charges and Internet charges will be reimbursed based upon the percentage of time spent on prosecution as determined in the Office Rent section.

Example:

Calls Directly Reimbursable    $40.00

Service Charges ($12.00)
Multiplied by 75%                        $ 9.00

Amount to be Reimbursed          $49.00

Copies of the telephone bill and cancelled checks are required backup information for these reimbursements.  Telephone/Internet charges are not reimbursable for County Attorneys.

See Appendix B for a step by step guide to completing the Expense Reporting Form for Part-Time Commonwealth's Attorneys and County Attorneys (where approved).


**G.    Copiers**

Each full-time Commonwealth's Attorney will be provided with a leased copier.  The copiers will be leased from copiers available on contract and unless a special determination is made – all copiers will be similar or exactly the same. Copiers are to be used as 1) network printers, 2) network scanners, 3) fax machines and 4) copiers. Printing costs per copy on the network copiers is often much more cost effective than printing to a local (desktop) printer. Since the copiers are leased all supplies and maintenance are covered in the monthly lease cost. Below are a few tips to remember when using/maintaining your PAC supplied copier:

- ✓  Make copies on front and back to save paper
- ✓  Determine whether something can be scanned and emailed rather than printed
- ✓  Fax directly from the computer when possible
- ✓  Print in b/w whenever possible.  Color copies/printed documents cost up to 7 X as much as black ink only
- ✓  If your copier malfunctions – call the number on the front of the copier for repair
- ✓  **NEVER** purchase supplies for your copier from anyone but the number on the front of the copier.  If you do and are invoiced – PAC will not pay the invoice.

USA-00031151

## H.    Computers/IT Equipment

Each full-time Commonwealth's Attorney's office has been provided state-owned computers, printer(s), router/switch(s) and server(s) for their prosecutorial work.  All full-time offices should have a functioning local area network(LAN) and high speed Internet access though a local service provider.  It is the responsibility of each local office to ensure that nightly backups of data are occurring.  If computers/network malfunctions occur – request service via the PAC Intranet/Tech Support Tab to coordinate repair or in the event access to the Internet is not available, fax 502-696-5532.  If PAC IT staff must be dispatched to your office, travel for the IT staff will be charged to your travel budget or asset forfeiture funds in the event general fund travel funds are not available.

Each part-time Commonwealth's Attorney and County Attorney will be provided state-owned computers and printers upon request.  Local Area Networks will not be provided for part-time Commonwealth's Attorneys and County Attorneys.

Each computer/laptop issued to County and Commonwealth's Attorneys' offices come installed with the latest Microsoft Suite of applications and VIRUS PROTECTION.  It is the responsibility of each office to ensure the virus protection remains enabled and up to date at all times. **If there is any question as to whether Virus Protection is loaded or activated contact PAC Staff immediately.**  Before loading additional software on state-owned computers contact PAC Staff (pacstaff@prosecutors.ky.gov) for prior approval.

**Usage**

State-owned computers are to be used for criminal prosecution business applications only.  Use of computers and peripheral equipment for non-official business and entertainment is expressly prohibited.  Electronic Mail and the Internet, when provided by the state, are to be utilized for official agency correspondence only. See Proposed Internet & Acceptable Use Policy attached as Appendix C. **Electronic mail is a public record and subject to the Open Records Act.** KRS 61.870 et. Al.

Data stored on state-owned computers, laptops, and servers are considered state property.  Please refer to the model acceptable use policy in the appendix for guidelines on use of state-owned computers.

USA-00031152

## I.   Intranet/Prosecutors.ky.gov Email Accounts

The PAC Intranet (www.prosecutors.ky.gov) is available to any member of the Unified Prosecutorial System as an information resource and access to e-mail communication with other prosecutors and the PAC Staff. A list of information available on the PAC Intranet is provided below.  This is not a complete list – just the highlights as of March 2018:

- ✓ PAC/UPS Announcements
- ✓ Personnel, Travel  and all other PAC related forms
- ✓ Information regarding upcoming trainings and most registrations for the events
- ✓ PAC meeting information/minutes
- ✓ Grand Juror Handbooks
- ✓ Legal Research resources
- ✓ Webmail, Anti-virus
- ✓ Online Operating  and Asset Forfeiture Account Reports
- ✓ Tech Support
- ✓ Information on Deadlines applicable to County and Commonwealth's Attorneys and their employees

The site distributes RSS feeds as new items are posted – users can easily sign up through their Outlook application.  Because this is a secure web server, contact the PAC IT Staff for your USERID and password at (PACStaff@prosecutors.ky.gov).

Each employee of the Unified Prosecutorial System can request and receive a Prosecutors.ky.gov email address.   Use of the Prosecutors.ky.gov account allows individuals to quickly find staff in other offices and identify themselves with the Kentucky Prosecutorial System.  Contact PAC IT Staff for your USERID and Password to access your Prosecutors.ky.gov email account.  The USERID and Password for email access will be the same as the USERID and Password for PAC Intranet access.

If the elected official/staff chooses not to utilize a Prosecutors.ky.gov email address it is important to notify PAC staff of a valid working email address for communication as often time sensitive information is conveyed via email.  It is the responsibility of the elected official to notify PAC Staff when email addresses change.

**NEVER share your PAC Intranet or Prosecutors.ky.gov USER ID and Password with anyone else.**

USA-00031153

**J.    Expert Witness**

An Expert Witness Fund has been established by the Prosecutors Advisory Council to enable prosecutors to compensate experts for their testimony regarding DNA, psychiatry, handwriting analysis, etc. in **CIRCUIT Court ONLY** with one exception (see the Expert Witness – DUI related cases section).  The Expert Witness Fund is to be used for cases currently being prosecuted – not still under investigation by law enforcement.

When the need for an expert witness is anticipated, forward the following information via fax or email in a letter on letterhead to Bobby Stokes, Executive Director for consideration:

- Brief Description of Case
- Name of Defendant
- Specific Charges (i.e., murder, DUI, etc.)
- Name of Victim
- Name and Field of Expertise of Requested Expert Witness
- Estimated Cost of Expert Witness – including hourly rate, anticipated hours for testimony and associated travel costs such as airfare and lodging if necessary.
- Why, If Available, Are Services of State Agency Not Being Used

If approved, the PAC Staff will email authorization to proceed.  To make payment for a pre-approved expert witness expenditure, on the face of the invoice the elected official will write "Approved for Payment" and sign the invoice.  Forward the invoice, along with the approval, via email to Bobby Stokes.

*Note:   Expert witness fee requests in excess of $5,000 per witness will be referred to the Prosecutors Advisory Council for approval.   The Council meets bi-monthly so it is important to get the requests submitted well in advance of the anticipated date they are needed.*

**Expert Witness – DUI related cases**

KRS189A.050(3)(c) provides funds for the Prosecutors Advisory Council to obtain expert witnesses in cases involving the prosecution of crimes in which DUI is a factor.  This funding is available for both District and Circuit court cases.  The process for obtaining approval for expert witnesses in DUI related cases is the same as above with the exception that the request letter must clearly state that DUI was a factor in the commission of the offense charged.

43

USA-00031154

**K.    Court Reporters/Video Testimony/Transcription including Translation**

The Prosecutors Advisory Council has determined that most court reporter/transcription services can be accomplished using prosecutorial staff.  When the need for services exceeds the ability of current staff, a request for approval of court reporter expenditure must be submitted for PRE-APPROVAL.  The process is similar to that of Expert Witness pre-approvals.

When the need for an Court Reporter services (above and beyond what current staff can absorb) is anticipated, forward the following information via fax or email in a letter on letterhead to Bobby Stokes, Executive Director for consideration:

- Brief Description of Case
- Name of Defendant
- Estimated Cost of Court Reporter/Video Deposition – including hourly or per page rate, anticipated hours/pages for testimony/transcription and any additional associated costs.
- Why current staff cannot complete the work requested.

If approved, the PAC Staff will email authorization to proceed.  To make payment for a pre-approved court reporter/video transcription expenditure, on the face of the invoice the elected official will write "Approved for Payment" and sign the invoice.  Forward the invoice, along with the approval, via email to Bobby Stokes.

If the elected official does not seek pre-approval, Court Reporter/Video Transcription may be paid from Asset Forfeiture funds if on deposit. To have court reporter/transcription invoices paid from asset forfeiture funds submit the invoice (marked "approved for payment") with an Application for the Expenditure of Asset Forfeiture Funds form completed and signed.

**Grand Jury Reporter**

Criminal Rules require that all grand jury proceedings be recorded.  As no funding has ever been appropriated to implement this requirement, funds are not available to compensate a court reporter for the recording and transcription of each grand jury held in the Commonwealth.  Instead, the Prosecutors Advisory Council provides each Commonwealth's Attorney with an appropriate recording device in an effort to comply with the requirements.

USA-00031155

**L.     Interpreting Services – Commonwealth's Attorneys only**

Interpreting services are generally the responsibility of the court when court is in session.  In some instances it may be necessary to employ an interpreter for interviews of victims or witnesses outside of the court.  The Office of the Prosecutors Advisory Council has an agreement with the Office of the Attorney General to use the Pacific Interpreters Translation Line.  When a situation where voice or ADA related arises contact PAC Staff immediately **to alert that you will be using this service for accounting purposes**.  If Pacific Interpreters are unable to assist with your specific need – contact PAC Staff.  Every effort will be made to accommodate the need of the requesting Commonwealth's Attorney.

1.      When a limited English speaker contacts the office:

   a.  Determine the primary language of the individual. Use the English translation sheet, if the individual is present.
   b.  Inform the LEP individual that interpreter services are available at no cost to the individual.

2.      If an individual cannot understand verbal or written English, contact Pacific Interpreter's (PI) Over-the-Telephone Interpretation Service if the non-English speaking client is on the phone:

   a.  If the limited English speaker speaking client is on the phone use the conference hold feature:

   Dial 800-272-7442
   PI's Customer Service Agent will prompt you for the following information:
   1.     Access Code 839410
   2.     Caller First Name
   3.     Caller Last Name
   4.     Office
   5.     Language Needed
   You will be briefly put on hold while an interpreter is connected to your call.

   b.  If the limited English speaker speaking client is with you in person:
   Dial 800-272-7442PI's Customer Service Agent will prompt you for the following information:
   1.  Access Code 839410
   2.  Caller First Name
   3.  Caller Last Name
   4.  Office
   5.  Language Needed
   You will be placed on hold briefly while PI accesses an interpreter

45

USA-00031156

c.  If the target language is unknown, present to the limited English speaker speaking client the language identification card.  This will help you to identify which language is needed.   If the target language is not listed, you may request the assistance of PI's Customer Service Agents who are highly skilled in determining target languages.

The Customer Service Agent requests the following information:

1.    Access Code: 839410
2.    Caller's First Name
3.    Caller's Last Name
4.    Office
You will be connected to an interpreter in less than 30 seconds

## M.    General Rules When Submitting Bills for Payment

- **DO** review the bill, indicate "Approved for Payment" and initial before submitting to PAC for payment.
- If a bill was pre-approved by PAC (such as an expert witness expense – **DO** submit the pre-approval with the invoice.
- **DO** submit bills to pay for payment via email at Bills@Prosecutors.ky.gov to speed up the processing and have a record that it was sent.
- **DO** verify you have sent ALL pages of the invoice for payment.  Front and back of invoices if there is printing on the back.
- **DO** send invoices for payment.  Statements or estimates are not a valid form of backup.  Only invoices with detail can be used to process vendor payments.
- If sales tax is included on an invoice and the vendor will not remove it – **DO** contact PAC staff for help.  The Unified Prosecutorial System is a state agency and exempt from state sales tax.
- **DO** submit bills to PAC in timely manner.  It can take up to a week from the time a bill is received at PAC to process it in the state financial system and have a check mailed from the state Treasury.  Payments cannot be made in the same day as the bill is received.
- Do ***NOT*** pay a bill and seek reimbursement after the fact – reimbursement may not be allowable.  **Always seek pre-approval to pay for something in advance or be prepared to incur it as a personal expense**.

USA-00031157

# OTHER PAC TOPICS

## Asset Forfeiture Funds - State

Asset Forfeiture Funds collected by local prosecutors from the forfeiture of currency, coin or the sale of property shall be forwarded to the Prosecutors Advisory Council with a copy of the order of forfeiture and a completed Submission of Asset Forfeiture Funds form.  Checks should be made payable to the Prosecutors Advisory Council or Kentucky State Treasurer.  The funds will be deposited into an account for use by the prosecutor who collected the asset forfeiture funds. (See KRS 218A.420, 40 KAR 4:010 and OAG 96-44). Unlike General Funds, Asset Forfeiture Funds do not lapse and balances are carried forward through each fiscal year.

Some important information regarding the collection and expenditure of Asset Forfeiture Funds is listed below.  If you are unable to find the answer to your specific question, contact PAC Staff at: pacstaff@prosecutors.ky.gov for clarification.

  ➢ Asset Forfeiture funds are considered state funds.
  ➢ Just as with General Funds, the Model Procurement Code is followed for the expenditure of Asset Forfeiture Funds.
  ➢ Asset Forfeiture Funds cannot be used for (this is not a complete list)
      o Decorations
      o Flowers for funerals
      o Bonuses for salaries
      o Campaign advertising

For more information concerning Asset Forfeiture Funds, please see Appendix D. or the PAC Intranet, Administration tab/Forms/Asset Forfeiture.

## Asset Forfeiture Funds – Federal – Equitable Sharing

The Comprehensive Crime Control Act of 1984 authorized federal officials to implement a national asset forfeiture program. These funds can be shared with state and local law enforcement agencies. The guidelines for reporting and expenditure of these funds are much different than Kentucky's. Prosecutors wishing to participate in a Federal Equitable Sharing Agreement for asset forfeitures should consult Bobby Stokes, Executive Director, for specific information regarding reporting and expenditures or review USDOJ's "Guide to Equitable Sharing for State and Local Law Enforcement Agencies" at http://www.usdoj.gov/criminal/afmls.

USA-00031158

## Budget Preparation Process

A Unified Prosecutorial System budget is prepared for the General Assembly every two years by the Prosecutors Advisory Council.

The process begins in June and July of the odd numbered years when the budget request forms are sent to each County and Commonwealth's Attorney. This provides an opportunity to closely examine each office's fiscal and personnel needs. It is the first and sometimes only opportunity for input in the Biennial Budget process by the local office.

In the fall of the odd numbered years, the budget requests which have been submitted will be reviewed by PAC. The Council uses the information that the elected official has supplied, plus caseload information from the Administrative Office of the Courts, population information and other data to review the request and will either accept the budget as submitted or make revisions.

After each of the 177 prosecutors' office budgets have been completed, a total Unified Prosecutorial System budget will be delivered to the Governor's Office of Policy and Management (GOPM) in the Executive Branch and the Legislative Research Commission, each of whom will compute an independent analysis of the funds required to fulfill the legislatively mandated programs. GOPM will submit its budget proposal to the Governor, who ultimately submits a proposed Executive Budget to the Kentucky General Assembly for its consideration.

When the General Assembly convenes, committee hearings are held to review PAC's appropriation request. Finally, an appropriations and revenue bill will be passed and signed into law. This actual funding for the prosecutorial system is appropriated into two individual accounts, one for County Attorneys and one for Commonwealth's Attorneys.

## Child Sexual Abuse Data Collection

Pursuant to KRS 15.706, each Commonwealth's and County Attorney is required to report information specified by the Prosecutors Advisory Council on child sexual abuse prosecution. In conjunction with the Office of the Attorney General, Office of Victims Assistance, a web-based program known as the Child Sexual Abuse Data program was developed in 2000. Information for the annual child sexual abuse data report is compiled from the data inputted into this program by each Commonwealth's, County Attorney and local multi-disciplinary team on Child Sexual Abuse. Each office must designate an individual responsible for inputting the required data on an annual basis – though data can be entered throughout the year. Contact PACStaff@prosecutors.ky.gov for access or contact Adam Miller, Office of Victims Assistance, 502-696-5500 for data collection questions.

USA-00031159

## CourtNet 2.0

In 2015, the Administrative Office of the Courts (AOC) redesigned CourtNet and renamed the system CourtNet 2.0.  At that time AOC began charging users a subscription fee – for government users it is $10/mon/user.  The Prosecutors Advisory Council budgeted funds to cover user fees for all Commonwealth's and County Attorneys and their staff paid through the Unified Prosecutorial System.  To add a user to CourtNet 2.0, submit a request through the PAC Help Desk at **pachelpdesk@prosecutors.ky.gov**  When users separate employment from the Unified Prosecutorial System, user access is automatically terminated by close of business on their last day or the next business day following.

## Expense Allowance

In accordance with KRS 15.765 (3) each County Attorney shall be paid an expense allowance of $500 per month, and in accordance with KRS 15.755 (7) each full time Commonwealth's Attorney shall be paid an expense allowance of $1,000 per month; each part-time Commonwealth's Attorney shall be paid an expense allowance of $500 per month.  For tax purposes, the expense is treated as salary; FICA and retirement are also withheld.  The expense allowance will be reported on the annual W-2 form.

## Grand Juror Handbooks

Grand Juror information handbooks are available for download, printing and dissemination from the PAC Intranet site under the Administration tab/Manuals and Materials.

## Grants

Federal, local, or state grants awarded to a local prosecutor to promote criminal prosecution may be administered by PAC Staff upon the approval of the Prosecutors Advisory Council.  Grants administered by the Prosecutors Advisory Council Staff must be approved by the Council both as to (1) the administration of the budget (including anticipated match and personnel positions) and (2) any personnel positions which may be established as a result of the grant funding.  When seeking grant funding ALWAYS consult PAC prior to submission of the application for assistance with budget preparation.

State grant application solicitations can be found on the state Justice website at: justice.ky.gov/departments/gmb/

USA-00031160

Federal justice grant solicitations can be found in a number of places but a good starting point is the Office of Justice Programs site: www.ojp.usdoj.gov/ and click on the Funding tab.

## Insurance

State owned furniture and equipment with a "per unit" cost of $300 or more are insured for fire or tornado loss by the Prosecutors Advisory Council through the Department of Insurance.  Any loss or theft must be promptly reported in writing to the Prosecutors Advisory Council Staff. The deductible is $1,000 per incident.

## Inventory

Upon notification that new equipment or furniture has been received in the local office, the PAC Staff will issue an inventory tag with an inventory number that must be attached to the new item.  The form letter which is sent with the ID Tag requires that the elected official certify that all inventory requirements have been met.  The letter must be returned to the PAC Staff to be placed in a permanent file for audit purposes.  The PAC Staff will periodically make an on-site inventory audit of state-owned equipment.  The use of state-owned equipment for personal use is in violation of Kentucky's Constitution.

Broken/outdated/unused equipment or furniture must be discarded in accordance with policies and procedures set forth by the Finance Cabinet.  Additionally – some items can be donated to a non-profit agency if desired.  Contact the PAC Staff for specific requirements.  Forms for surplus or donation are available on the PAC Intranet site (contact PACStaff@prosecutors.ky.gov if you do not have access to the Intranet). **Before discarding, donating or surplusing ANY PAC inventoried item – contact PAC staff via email or fax.**

All inventory purchased with state funds is the property of the Unified Prosecutorial System, Prosecutors Advisory Council and can be assigned only to current office holders.

50

USA-00031161

## Kentucky Prosecutors Conference (KPC)

The annual Kentucky Prosecutors Conference, sponsored by the Prosecutors Advisory Council, takes place each year in August and offers CLE credit for prosecutors as required by statute.  Each year, the Prosecutors Advisory Council, budgets funds to reimburse lodging and mileage for Unified Prosecutorial System staff who can earn CLEs for the event.  The registration for the KPC usually begins in June of each year with announcements going out via email and posted on the PAC Intranet.

## Kentucky Prosecutors Institute (KPI)

When budget funds allow, the Prosecutors Advisory Council allocates funding for the Kentucky Prosecutors Institute.  KPI, which began in 1999, is a trial advocacy course developed for Commonwealth's and county attorneys and their assistants who are either new or would like to review basic trial skills.  The curriculum focuses *specifically* on Kentucky law.  Kentucky case law, rules of evidence and statutes are discussed and applied during lectures and trial-skills exercises.  Participants are divided into small groups for videotaping and evaluation by faculty members.  Lectures on all related topics proceed videotaping of participants.  The course provides an opportunity for participants to observe themselves on videotape and receive input from experienced Kentucky prosecutors.  The curriculum is designed to complement national basic trial advocacy training, but national training is not required in order to participate.

There is no registration charge for accepted participants.  Participants are reimbursed for meals, travel and lodging.  Enrollment is limited to 48 participants, and the PAC training coordinator selects the participants from an application process.  Participants are then grouped according to experience level and by either Commonwealth or County distinction.  All applicants must agree to prepare for the course prior to arrival.  This is a week-long course which typically takes place in June, beginning on Monday and ending at noon on Friday.  The course is intensive and requires preparation in the evenings prior to the taping exercises.  For this reason and to facilitate interaction between participating colleagues, participants are required to stay at a designated hotel, beginning on the Sunday night of the course week.

Announcement for the annual KPI Course typically go out in January with the training usually held in the spring of each year.  The announcement is also posted on the PAC Intranet site.

USA-00031162

## Material Witnesses

Contact your circuit court clerk for assistance.

Asset Forfeiture cannot be used to pay for lost wages of material witnesses or to loan funds to witnesses for anticipated travel expenditures.  In some cases, asset forfeiture can be used to pay travel for witnesses coming from out of state.  Prior approval MUST be obtained in order to ensure adherence to the asset forfeiture regulation.

Statutory references relating to Material Witness expenses:
 KRS 421.015, 421.030, 421.040, 412.060 govern witness expenses.

KRS 421.250 governs out of state witnesses. The so called rubber dollar rule apparently applies to the out of state witness per diem and travel expenses, i.e., the amount is indexed to inflation. OAG 82-620 does a fairly good job of explaining how the statutes work and how the actual amounts for per diem and mileage are determined by administrative regulation. Actual expenses must be proven in the manner satisfactory to the court and claimed while court is in session preferably before the end of the trial. Receipts are strongly recommended.

KRS 421.250, part of the Uniform Out of State Witness Act, requires that the out of state witness's per diem and travel expenses (in some cases these must be estimated) be tendered to the witness before he leaves his home state.  Additional expenses, such as hotel bill, may be paid when incurred.

In-state witnesses are NOT entitled to pre-payment, but the court may have the power to order pre-payment when necessary to prevent undue hardship.


## PAC Help Desk

Information Technology (IT) support for equipment and networks, phone systems and other systems (such as CourtNet, PAC email, etc) maintained by the Prosecutors Advisory Council is available through the PAC Help Desk.  The PAC Help Desk is monitored during normal business hours in both time zones in Kentucky.   To submit a request to the PAC Help Desk either access the Tech Support tab on the PAC Intranet or send an email containing contact information and details on the issue to PACHelpDesk@prosecutors.ky.gov

USA-00031163

## Rocket Dockets

During the 2015 General Assembly, Senate Bill 192 (known as the "Heroin Bill") funding was allocated to the Justice and Public Safety Cabinet to be passed to the Prosecutors Advisory Council "to enhance the use of rocket docket prosecutions in controlled substance cases…". The Rocket Docket programs have been utilized for a number of years in various counties and judicial circuits throughout the Commonwealth to expedite lower level/non-violent felony offenses through the judicial system.

As of March 2018, 38 Judicial Circuits have a Rocket Docket program funded through the PAC Rocket Docket grants. The grant application period usually takes place in May/June of each fiscal year with funding beginning in the following fiscal year. Announcements are make though email from the PAC Executive Director.

## Traffic Safety Resource Prosecutor (TSRP) for the Commonwealth of Kentucky:

The TSRP's role as a specialized prosecutor assigned to PAC to provide education, training, and technical assistance to prosecutors and law enforcement throughout the State. The TSRP will assist prosecutors and law enforcement in a number of ways: coordinate regional trainings, give individual technical assistance where needed, conduct legal research, and represent enforcement interests at State and regional traffic safety meetings. Whether the topic is DUI, suspended or revoked drivers, aggressive drivers, traffic stops, or any other traffic related subject, the TSRP is available to support both prosecutors and law enforcement.

### WHAT ARE THE TSRP'S DUTIES?

- Assess training needs, develop and provide training programs for prosecutors, law enforcement officers and other traffic safety professionals with an emphasis on the effective prosecution of impaired driving cases.

- To provide technical assistance and legal research to prosecutors on a wide variety of legal issues, including probable cause; Standardized Field Sobriety Testing (SFST); Drug Recognition Experts (DRE) Program; implied consent; breath/blood testing; accusatory instruments; pre-trial procedures; trial practice; and appellate practice.

- Serve as a resource to prosecutors in the State on impaired driving and other traffic cases.

- Prepare briefs, legal memorandum and other pleadings for use at hearings, trials or on appeal of such cases.

USA-00031164

- Train and provide technical assistance to State, local and county law enforcement in methods of evidence gathering, especially newly emerging technology and trial techniques, that will improve the ability of prosecutors to effectively prosecute impaired driving cases.

- Publicize the technical assistance that TSRPs can provide to prosecutors, law enforcement, toxicologists, breath testing operators, and other advocates.

- Respond to written and verbal inquiries made by prosecutors concerning criminal law, associate administrative issues, procedure or special problems, and offer competency and expertise in providing a broad range of technical assistance and support services for prosecuting traffic safety offenses.

- Meet regularly with law enforcement agencies to explain prosecutorial policy, answer questions, and receive suggestions; foster improved law enforcement /prosecutor cooperation; strengthen effective law enforcement and prosecution strategies; and regularly apprise prosecuting attorneys on evolving areas of traffic safety law.

- Serve as second chair on difficult impaired driving cases, including but not limited to Daubert, other suppression hearing, motions, and etc.

- Make presentations and participate in National, State and local meetings on traffic safety issues.

- Develop and maintain a working relationship with the National Highway Traffic Safety Administration (NHTSA), National Association of Prosecutor Coordinators (NAPC), National Traffic Law Center (NTLC), Prosecutor Fellow and other TSRPs.


## Victim Witness Protection

The Victim/Witness Protection Program, which is administered by the Prosecutors Advisory Council is a reimbursement program available to Kentucky Law Enforcement Agencies.  The program provides reimbursement for the costs of protecting a victim or witness who is at substantial risk of imminent serious physical injury.  All applications must contain the signature of the law enforcement official **and** either the signature of the Commonwealth's Attorney or County Attorney.  The Prosecutors Advisory Council reviews all claims and recommendations are forwarded to the Attorney General for final disposition. See KRS 15.247, 40 KAR 6:010 and related forms and information, which are available on the PAC Intranet site (contact PACStaff@prosecutors.ky.gov if you do not have access to the PAC Intranet).

USA-00031165

55

USA-00031166

UNIFIED
PROSECUTORIAL
SYSTEM

ADMINISTRATIVE
MANUAL

ADMINISTRATIVE HANDBOOK
FOR COMMONWEALTH'S ATTORNEYS
AND COUNTY ATTORNEYS

The purpose of this handbook is to provide prosecutors and staff with an information source relating to the services, policies and procedures established through the Prosecutors Advisory Council and various state agencies.

Questions relating to the handbook should be directed to the Prosecutors Advisory Council Staff, 1024 Capital Center Drive, Frankfort, Kentucky 40601 or call (502) 696-5500 or email PACStaff@prosecutors.ky.gov.

updated March 2018

USA-00031167

ADA REQUIRED STATEMENT

The Office of the Attorney General (OAG) does not discriminate on the basis of race, color, national origin, sex, religion, age, or disability in employment or in the provision of services. The OAG provides, upon request, reasonable accommodation including auxiliary aids and services necessary to afford individuals with disabilities an equal opportunity to participate in all programs and activities.  The OAG intends that no person shall be excluded from participation in, denied the benefits of, or otherwise subjected to discrimination under any program or activity operated by the OAG.  The OAG intends to bind all entities operating under its jurisdiction and control to fully comply with and abide by the spirit and intent of the Civil Rights Act of 1964.  Printed with state funds.

USA-00031168

# APPENDIX A

USA-00031169

# JUDICIAL CIRCUITS/COUNTIES

| CIRCUIT | COUNTIES |
|---------|----------|
| 1 | Ballard/Carlisle/Fulton/Hickman |
| 2 | McCracken |
| 3 | Christian |
| 4 | Hopkins |
| 5 | Crittenden/Union/Webster |
| 6 | Daviess |
| 7 | Logan/Todd |
| 8 | Warren |
| 9 | Hardin |
| 10 | Hart/Larue/Nelson (part-time) |
| 11 | Green/Taylor/Marion/Washington |
| 12 | Henry/Oldham/Trimble |
| 13 | Garrard/Jessamine |
| 14 | Bourbon/Scott/Woodford |
| 15 | Carroll/Grant/Owen (part-time) |
| 16 | Kenton |
| 17 | Campbell |
| 18 | Harrison/Nicholas/Pendleton/Robertson |
| 19 | Bracken/Fleming/Mason |
| 20 | Greenup/Lewis |
| 21 | Bath/Menifee/Montgomery |
| 22 | Fayette |
| 23 | Estill/Lee/Owsley |
| 24 | Johnson/Lawrence/Martin |
| 25 | Clark/Madison |
| 26 | Harlan |
| 27 | Knox/Laurel |
| 28 | Lincoln/Pulaski/Rockcastle |
| 29 | Adair/Casey |
| 30 | Jefferson |

USA-00031170

| CIRCUIT | COUNTIES |
|---------|----------|
| *31* | Floyd |
| *32* | Boyd |
| *33* | Perry |
| *34* | McCreary/Whitley |
| *35* | Pike |
| *36* | Knott/Magoffin (part-time) |
| *37* | Carter/Elliott/Morgan |
| *38* | Butler/Edmonson/Hancock/Ohio |
| *39* | Breathitt/Powell/Wolfe (part-time) |
| *40* | Clinton/Cumberland/Monroe |
| *41* | Clay/Jackson/Leslie |
| *42* | Calloway/Marshall |
| *43* | Barren/Metcalfe |
| *44* | Bell |
| *45* | McLean/Muhlenberg |
| *46* | Breckinridge/Grayson/Meade |
| *47* | Letcher |
| *48* | Franklin |
| *49* | Allen/Simpson |
| *50* | Boyle/Mercer |
| *51* | Henderson |
| *52* | Graves (part-time) |
| *53* | Anderson/Shelby/Spencer |
| *54* | Boone/Gallatin |
| *55* | Bullitt |
| *56* | Caldwell/Livingston/Lyon/Trigg |
| *57* | Russell/Wayne |

USA-00031171

# APPENDIX B

USA-00031172

**EXPENSE REPORTING FORM – INSTRUCTIONS FOR COMPLETION**

(PART-TIME COMMONWEALTH'S ATTORNEYS
AND COUNTY ATTORNEYS ONLY)

An Expense Reporting Form (PAC-1) should be submitted monthly for reimbursement of expenditures.  Send the form and supporting documentation of expenditures to:

>    Prosecutors Advisory Council Staff
>    Office of the Attorney General
>    1024 Capital Center Drive
>    Frankfort, Kentucky 40601

Procedure for completing Expense Reporting Form:

1.    Enter month/year in which expenditures were incurred.
2.    Enter name of elected official requesting reimbursement.
3.    Number of Judicial Circuit or County.
4.    Date on which request for reimbursement is being submitted.
5.    Address and Zip Code of elected official.
6.    Rent based on Division of Properties recommendation and as approved by PAC.
7.    Total gas.
8.    Total electricity.
9.    Total water and sewage.
10.    Total utilities.
11.    Percentage of time spent on prosecution.
12.    No. 10 multiplied by No. 11 is the total reimbursement for utilities.
13.    Enter the total cost of calls that are directly reimbursable.  Underline on the bill the calls for which you are requesting full reimbursement.
14.    Enter total service charges.
15.    Percentage of time spent on prosecution.
16    No. 14 multiplied by No. 15 is entered here.
17.    Add No. 13 and No. 16 to get total telephone reimbursement.
18.    Enter total of emergency purchase of supplies.
        Purchase must be under $100.00*
19.    Add No. 6, No. 12, No. 17, and No. 18 for Total Expenses Due.
20.    The Expense Reporting Form must be signed by the elected official.

*Not all expenditures will qualify for reimbursement.  Always consult PAC staff (via email if possible) before making an emergency expenditure.

Supporting documentation and receipts (or front and back copy of the canceled check) must be submitted before an expense may be reimbursed.  Expense reporting forms are available for download from the PAC Intranet, Administration/Forms tab.

USA-00031173

# APPENDIX C

USA-00031174

# APPENDIX D

USA-00031175