UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br> v.  )<br>  )<br> HOWARD KEITH HALL,  )<br>  )<br>   Defendant.  )<br>  ) | Case No. 3:25-cr-00005-GFVT-MAS<br><br>**ORDER** |

*** *** *** ***

This matter is before the Court on Defendant Hall's Motion to Dismiss Indictment. [R. 21.] In its discretion, the Court will hold a hearing on the matter. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that a hearing on the Motion is **SCHEDULED** for **Tuesday, October 7, 2025,** at the hour of **3:30 p.m.** before Judge Van Tatenhove at the United States Courthouse in **Frankfort,** Kentucky.

This the 26th day of August, 2025.

Gregory F. Van Tatenhove
United States District Judge