# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### FRANKFORT

**CRIMINAL ACTION NO. 3:25-CR-5-GFVT-MAS**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**V.**          **UNITED STATES'S RESPONSE TO**
               **MOTION TO RESCHEDULE HEARING**

**HOWARD KEITH HALL**                                                              **DEFENDANT**

\* \* \* \* \*

The United States has no opposition to the Defendant's Motion to Reschedule the Hearing on the Motion to Dismiss, Docket Entry 28, currently scheduled for October 7, 2025, at 3:30 p.m.  The undersigned can be available on any of the dates listed in the Defendant's motion, except for Thursday, September 25, and Monday, September 29, 2025.  According to the Defendant's motion, counsel for both parties are available on the following dates: September 22, 23, 24, 26, & 30; October 14 (morning), 15, and 16 (afternoon).

        Respectfully submitted,

        PAUL C. MCCAFFREY
        ACTING UNITED STATES ATTORNEY

        By:   /s/ Kate K. Smith
             Kate K. Smith
             Assistant United States Attorney
             260 W. Vine Street, Suite 300
             Lexington, Kentucky 40507-1612

                (859) 685-4855  
                FAX (859) 233-2747  
                kate.smith@usdoj.gov

## **CERTIFICATE OF SERVICE**

On September 8, 2025, I electronically filed this document through the ECF system, which will send notice to counsel of record.

                /s/ Kate K. Smith  
                Assistant United States Attorney

Case: 3:25-cr-00005-GFVT-MAS   Doc #: 30   Filed: 09/08/25   Page: 2 of 2 - Page ID#: 400