UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at FRANKFORT**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| v. ) | Criminal Action No. |
| ) | 3:25-cr-5-GFVT-MAS |
| HOWARD KEITH HALL, ) | |
|     Defendant. ) | |

**ORDER**

The Kentucky Judicial Conduct Commission has filed a Motion to Quash. [DE 34]. The Court orders the Defendant to file a response to the Motion within seven (7) days.

Entered this the 19th day of September, 2025.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY