# Exhibit A



**GOVERNMENT'S EXHIBIT**
3:25-CR-5-GFVT
**10A**

Keith

Oct 24, 2019 at 2:16 PM

> On way back from Tennessee . Any chance I could borrow or draw 1,000 till Wednesday? I know of leaned hard and we have a lot out, but I'm bout to turn the corner.

> I relayed advice to Justin he is getting a lot of support

> May pull it off

> Adair called me back

Oct 24, 2019 at 3:48 PM



HALL-3404

USA-00029278

GOVERNMENT'S EXHIBIT
3:25-CR-5-GFVT
**10B**



Dec 17, 2019 at 9:10 AM

Any chance of a 1,500 draw 🤔. Santa got me by the balls .

Dec 20, 2019 at 4:51PM



Dec 25, 2019 at 5:35 PM

Merry Christmas!

Merry Christmas to you and yours!!!

HALL-3403

USA-00029277



**Keith**

Jan 3, 2020 at 9:31 AM

> Any chance of a draw today. I hate to ask so soon I can even do a quick 7 day loan if possible . I k ow we are expanding and have a lot invested. If you can just keep me afloat a little longer 😬. 1 to 1.5 k I paid all my mortgages etc up thru end of year with pressure from Community trust to be even at year end and I stretched to go into new year current with them .

> So , I should be in real good shape by next Friday and middle of month.

> I'll holler at you in little while as I'm picking up Kolby to go sign a case at hospital. Kolby went to school with boy and he lit up when I mentioned Kolby

GOVERNMENT'S EXHIBIT
3:25-CR-5-GFVT
10C

HALL-3401

USA-00029275



**Keith**

I'll holler at you in little while as I'm picking up Kolby to go sign a case at hospital. Kolby went to school with boy and he lit up when I mentioned Kolby

Just spent $40k but can do $1k if that's ok

Yes that would be great

10-4

I'm taking kolby to hospital at some point if that's ok ?

In depos all day

Sure

HALL-3402

USA-00029276



GOVERNMENT'S EXHIBIT
3:25-CR-5-GFVT
**10D**



Jan 21, 2020 at 12:49 PM

> Any chance of a 1k draw and I'll put your 300 in immediately. Let me know ? I m taking Titus to Cincinnati tomorrow . But I'll be down to private office this afternoon . Howard Lochart still riding me about his wife's injury. We probably ought to drop a note or I need to contact a friend in Northern Ky

HALL-3399

USA-00029273





HALL-3400

USA-00029274



**Keith**

We got any $ for a draw 😬

I'm sending out $10 today to retain 2 experts but should be OK. How much u need?

Feb 28, 2020 at 11:51 AM

5 k

No

Joking

1.5 at most

I'm about to turn corner

Community rides my ass at end of month

Getting taxes out of way

I'll be by to give you plan for March 21 etc

I'd love to turn over to you and me hang around . Key

GOVERNMENT'S EXHIBIT
3:25-CR-5-GFVT
10F

HALL-3398

USA-00029272