# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# FRANKFORT

**CRIMINAL ACTION NO. 3:25-CR-00005-GFVT-MAS**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**V.**          <u>**UNITED STATES'S PROPOSED STATEMENT OF THE CASE**</u>

**HOWARD KEITH HALL**                                                     **DEFENDANT**

\* \* \* \* \*

The United States, through counsel, submits the following proposed statement of the case:

The Defendant, Howard Keith Hall, was the County Attorney of Pike County. Counts One and Two charge two counts of mail fraud for employing an attorney, Shane Hall, for ten years, who did little to no work for the Pike County Attorney's Office. The United States alleges that Howard Keith Hall falsely employed Shane Hall for 10 years, from October 1, 2010, to May 15, 2020, allowing him to receive salary and benefits from the Prosecutor's Advisory Counsel. In furtherance of the scheme, the United States alleges Howard Keith Hall caused two payroll certifications to be mailed to the Prosecutor's Advisory Counsel in Frankfort. The United States also alleges, as part of the scheme, Howard Keith Hall received payments from Shane Hall's law firm.

Finally, Count Three alleges that Howard Keith Hall, as an agent of the Commonwealth of Kentucky, which received more than $10,000 in federal funds in a

year, knowingly embezzled, stole, obtained by fraud, or otherwise without authority knowingly converted property valued at more than $5,000, namely the salary of Shane Hall for the year May 1, 2019, through April 30, 2020.

The Defendant denies these allegations.

Respectfully submitted,

PAUL C. MCCAFFREY
ACTING UNITED STATES ATTORNEY

By: /s/ Kate K. Smith
Kate K. Smith
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4855
FAX (859) 233-2747
kate.smith@usdoj.gov

**CERTIFICATE OF SERVICE**

On October 31, 2025, I electronically filed this document through the ECF system, which will send notice to counsel of record.

/s/ Kate K. Smith
Assistant United States Attorney