# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# FRANKFORT

CRIMINAL ACTION NO. 3:25-CR-5-GFVT-MAS

UNITED STATES OF AMERICA                                               PLAINTIFF

V.            UNITED STATES'S MOTION *IN LIMINE*
TO ADMIT CERTIFIED BUSINESS RECORDS
UNDER FED. R. EVID. 803(6), 901, AND 902(11)

HOWARD KEITH HALL                                          DEFENDANT

\* \* \* \* \*

The United States, through counsel, moves pre-trial for an order permitting the admission and discussion of the certain exhibits certified as business records.

Pursuant to Federal Rule of Evidence 104(a), the Court has authority to make preliminary evidentiary determinations regarding admissibility of evidence. The Government submits that the following exhibits, under the Federal Rules of Evidence 803(6) and 902(11), are self-authenticating and excepted from the hearsay rule under one or more exceptions to the exclusionary rule. Rule 104(a) states in part that "[t]he court must decide any preliminary question about whether . . . evidence is admissible." In making preliminary determinations of admissibility, the Court is not bound by the rules of evidence, other than those relating to privileges. *See* Fed. R. Evid. 104(a); Fed. R. Evid. 1101(d). *See also United States v. Matlock*, 415 U.S. 164, 174-75 (1974) (noting

1

the Confrontation Clause is not implicated when the Court makes a preliminary authentication ruling pursuant to Rule 104).

Records of regularly conducted activity of an act, event, condition, opinion or diagnosis, like the records at issue here, are admissible for the truth of the matter asserted if they satisfy the foundational requirements of Rule 803(6), namely that the records (1) were made at or near the time of the activity by someone with knowledge, were kept in the regular course of a business or organization, and making the record was a regular practice or activity. These conditions may be shown by the testimony of the custodian or another qualified witness, or by a certification that complies with Federal Rule of Evidence 902 (11), and the opponent does not show the source of the information, or the method or circumstances of preparation, indicate a lack of trustworthiness.

Here, the following records were maintained in the regular course of business, as reflected in the attached business record certifications.[1]  *See* Exhibit A.

| Ex. | Description | Certification |
|---|---|---|
| | **KY Bar Association Records** | |
| 3A | Shane Hall KBA Records | KY Bar Association |
| 3B | Keith Hall KBA Records | KY Bar Association |
| | | |

---

[1]     The United States will also seek to admit business records maintained by the United States Bankruptcy Trustee and the United States Postal Service.  The testifying witnesses from those entities will introduce the pertinent records.  The parties have also stipulated that the records produced by the Small Business Administration are business records.

|   | **PCAO Financial Records** |   |
|---|---|---|
| 4A | Payroll Earnings History Reports 2011-2020 | KY Personnel Cabinet |
| 4B | Legacy QEH 2010-2011 Records | KY Personnel Cabinet |
| 4C | Michael Shane Hall W-2s | KY Personnel Cabinet |
| 4D | Checks to Justin Hamilton from US Bank Account *9818 | US Bank |
|   |   |   |
|   | **Shane Hall Bank records** |   |
| 5A | Shane Hall Attorney at Law PLLC BB&T (Truist) checks | Shane Hall Attorney at Law PLLC |
| 5B | Shane Hall Attorney at Law PLLC Community Trust Bank checks | Shane Hall Attorney at Law PLLC |
| 5C | Shane Hall Law Office QuickBooks | Shane Hall Attorney at Law PLLC |
| 5D | Shane Hall Attorney at Law PLLC, Community Trust Bank Account *0654 | Community Trust |
| 5E | Shane Hall Attorney at Law, PLLC, BB&T (Truist) Bank Account *0670 | Truist |
|   |   |   |
|   | **Howard Keith Hall Bank records** |   |
| 6A | Howard Keith Hall US Bank Account *5231 | US Bank |
|   |   |   |
|   | **Kentucky Personnel Cabinet Records** |   |

3

| 8A | Howard Keith Hall Personnel Records | KY Personnel Cabinet |
|---|---|---|
| 8B | Michael Shane Hall Personnel Records | KY Personnel Cabinet |
| 8C | Cullen Hall Personnel Records | KY Personnel Cabinet |

Respectfully submitted,

PAUL C. MCCAFFREY
ACTING UNITED STATES ATTORNEY

By:   /s/ Kate K. Smith
      Kate K. Smith
      Assistant United States Attorney
      260 W. Vine Street, Suite 300
      Lexington, Kentucky 40507-1612
      (859) 685-4855
      FAX (859) 233-2747
      kate.smith@usdoj.gov

**CERTIFICATE OF SERVICE**

On October 31, 2025, I electronically filed this document through the ECF system, which will send notice to counsel of record.

/s/ Kate K. Smith
Assistant United States Attorney