UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

UNITED STATES OF AMERICA

v.  Criminal No. 3:25-cr-00005-GFVT-MAS

HOWARD KEITH HALL,

  *Defendant.*

---

### DEFENDANT'S PROPOSED STATEMENT OF THE CASE
---

Comes the defendant, Howard Keith Hall, by counsel, and proposes the following statement of the case to be read to the jury.

The defendant, Howard Keith Hall, is one of the current Circuit Court Judges in Pike County. Before becoming a Circuit Court Judge in 2020, Judge Hall served as the County Attorney of Pike County from 1996 to 2020. This case involves the time period when Judge Hall was County Attorney.

The government alleges that while serving as County Attorney that Judge Hall engaged in fraud related to the hours of work of one of his assistant county attorneys, Shane Hall (who is not related to Judge Hall). Judge Hall denies these allegations.

Respectfully submitted,

TRUE GUARNIERI AYER, LLP

 /s/ J. Guthrie True
J. Guthrie True
M. Abigail Schueler
124 West Clinton Street
Frankfort, KY  40601
Telephone: (502) 605-9900
Facsimile: (502) 605-9901
E-mail: gtrue@truelawky.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served on all counsel of record this 31st day of October 2025, by filing a copy of the same with the Electronic Court Filing System of the United States District Court for the Eastern District of Kentucky.

 /s/ J. Guthrie True
Counsel for Defendant

2