UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:25-cr-00005-GFVT-MAS |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| HOWARD KEITH HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on its own motion. Defendant Howard Keith Hall filed a Motion for Leave to File Excess pages on July 21, 2025. [R. 20.] Without ruling on the motion to file excess pages, the Court scheduled a motion hearing on Hall's Motion to Dismiss the Indictment. [R. 21; R. 27.] The Court held the motion hearing on September 30, 2025, and took Hall's Motion to Dismiss the Indictment under advisement. [R. 37.] The Court reviewed Hall's Motion to Dismiss the Indictment as filed, with the excess pages, and denied Hall's motion on the merits. [R. 38.] Therefore, Defendant's outstanding Motion for Leave to File Excess pages is moot.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that Defendant's motion **[R. 20]** is **DENIED as moot**.

This the 4th day of November, 2025.

Gregory F. Van Tatenhove
United States District Judge