UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

UNITED STATES OF AMERICA

v.  Criminal No. 3:25-cr-00005-GFVT-MAS

HOWARD KEITH HALL,

   *Defendant.*

## DEFENDANT'S MOTION TO BRING CERTAIN TECHNOLOGICAL DEVICES AND EQUIPMENT INTO THE COURTROOM

Comes the defendant, Howard Keith Hall, by counsel, and respectfully moves this Court for entry of an order permitting counsel and counsel's staff to bring into the courtroom and use certain technological devices and equipment during trial pursuant to Local Criminal Rule 53.1(c)(3).

In support of this motion, the defendant states as follows:

1. Defendant intends to rely on electronic versions of documents as much as is possible during trial, with the support of counsel's staff, including paralegals.

2. To efficiently manage the documents electronically, counsel and counsel's staff will be required to use laptop computers, external hard drives, flash drives, secure wireless internet hotspots, and related audio-visual equipment (cables, power strips, extension cords, etc.).

3. In addition, for defense counsel and staff to communicate effectively regarding the management of documents and exhibits, and to other respond to the demands of the Court

and of trial, counsel and staff will need access to and permission to use cellular devices and/or laptops in the courtroom.

4. Counsel and staff understand that the aforementioned technological equipment and devices will be subject to examination for security purposes as are all other materials brought into the courthouse.

5. Staff who need access to such technology are as follows: Jennifer Weinold and Taylor Goode.

WHEREFORE, Hall respectfully requests that this Court enter an order granting this motion for leave to bring the aforementioned equipment into the courtroom for use during trial.

Respectfully submitted,

TRUE GUARNIERI AYER, LLP

　/s/ J. Guthrie True　　　　　
J. Guthrie True
M. Abigail Schueler
124 West Clinton Street
Frankfort, KY  40601
Telephone: (502) 605-9900
Facsimile: (502) 605-9901
E-mail: gtrue@truelawky.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

　　　The undersigned hereby certifies that a copy of the foregoing has been served on all counsel of record this 6th day of November 2025, by filing a copy of the same with the Electronic Court Filing System of the United States District Court for the Eastern District of Kentucky.

　/s/ J. Guthrie True　　　　　　　
Counsel for Defendant