UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CRIMINAL MINUTES-JURY TRIAL – DAY 1
FRANKFORT

Case No. 3:25-cr-05-01-GFVT        At: Frankfort        Date: November 7, 2025

Style: U.S.A. v. Howard Keith Hall,  X  present; __ custody; X  bond; __ OR; AGE __

DOCKET ENTRY: The Clerk of the Court administered the Oaths to the jurors and the Court finds the designated jurors to be qualified. The Court conducted voir dire and the jury was impaneled and sworn as noted. A Show Cause order shall be entered for Juror Nos. 39 and 311. Opening statements and presentation of evidence shall begin on Monday morning as noted below

PRESENT:   HON. _____, UNITED STATES DISTRICT JUDGE
           GREGORY F. VAN TATENHOVE

Counsel for the United States:  Kate K. Smith, AUSA

Counsel for Defendant: J. Guthrie True & Abigail Schueler;  X  Present; __ Appointed;  X  Retained

Court Reporter: Sandy Wilder         Courtroom Deputy Clerk: Mary Jane Younce

 X  JURY TRIAL – DAY 1        ___ COURT TRIAL

The Jury impaneled and sworn as follows:

| 1) 327 | (2) 375 | (3) 385 | (4) 35 | (5) 355 | (6) 332 | (7) 322 |
| (8) 346 | (9) 2 | (10) 326 | (11) 16 | (12) 339 | (13) 359 | (14) 23 |

___ Introduction of Evidence for plaintiff began but not concluded./ Defense presented their evidence during cross examination of the government's witnesses.

___ Rebuttal evidence;    ___ Sur-rebuttal evidence.

 X  Case continued to Monday, November 10, 2025, at the hour of 9:00 a.m, at Frankfort, Kentucky., for further trial, subject to intervening orders of the Court.

___ Motion for judgment of acquittal  ___ granted  ___ denied  ___ submitted.

___ Jury retires to deliberate at _____;     Jury returns at _____.

___ FINDING BY COURT.   ___JURY VERDICT. See Signed Verdict as to each Defendant.

___ Jury Polled.   ___Polling Waived   ___Mistrial Declared

___ Case continued until_____ at Frankfort, Kentucky, for sentencing.

___ Court orders Pre-sentence Report with copies to be furnished to counsel and defendants pursuant to Rule 32, F. R. Cr. P./___ Copy of Pre-sentence Report not requested.

X  Defendant shall remain on bond as previously set.

This the 7th day of November 2025.


cc: COR, USPO, USM
Deputy Clerk's Initials: MJY
TIC: 3/16