UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CRIMINAL MINUTES-JURY TRIAL – DAY 3
FRANKFORT

Case No. 3:25-cr-05-01-GFVT        At: Frankfort        Date: November 12, 2025

Style: U.S.A. v. Howard Keith Hall,  X present; __ custody; X bond; __ OR; AGE __

**DOCKET ENTRY:** The Defendant's 2nd and 3rd Oral Motions for Mistrial were DENIED for reasons stated on the record.

PRESENT:  HON. _____GREGORY F. VAN TATENHOVE_____, UNITED STATES DISTRICT JUDGE

Counsel for the United States:  Kate K. Smith, AUSA

Counsel for Defendant:  J. Guthrie True & Abigail Schueler;  X  Present; __ Appointed;  X  Retained

Court Reporter: Sandy Wilder          Courtroom Deputy Clerk: Mary Jane Younce

**X   JURY TRIAL – DAY 3**          ____ COURT TRIAL

The Jury previously impaneled as follows:

| 1) 327 | (2) 375 | (3) 385 | (4) 35 | (5) 355 | (6) 332 | (7) 322 |
| (8) 346 | (9) 2 | (10) 326 | (11) 16 | (12) 339 | (13) 359 | (14) 23 |

X   Introduction of Evidence for plaintiff resumed but not concluded.

___ Rebuttal evidence;   ___ Sur-rebuttal evidence.

X   Case continued to Thursday, November 13, 2025, at the hour of 9:30 a.m., at Frankfort, Kentucky., for further trial, subject to intervening orders of the Court.

___ Motion for judgment of acquittal  ___ granted  ___ denied  ___ submitted.

___ Jury retires to deliberate at _____;  Jury returns at _____.

___ FINDING BY COURT.  ___ JURY VERDICT. See Signed Verdict as to each Defendant.

___ Jury Polled.  ___ Polling Waived  ___ Mistrial Declared

___   Case continued until_____ at <u>Frankfort, Kentucky,</u> for sentencing.

___   Court orders Pre-sentence Report with copies to be furnished to counsel and defendants pursuant to Rule 32, F. R. Cr. P./___   Copy of Pre-sentence Report not requested.

X   Defendant shall remain on bond as previously set.

This the 12th day of November 2025.


cc: COR, USPO, USM
Deputy Clerk's Initials: <u>MJY</u>
TIC: 5:58