UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CRIMINAL ACTION NO. 3:25-CR-00005-GFVT-MAS

UNITED STATES OF AMERICA                                                                        PLAINTIFF

V.        **UNITED STATES'S SUPPLEMENTAL JURY INSTRUCTIONS**

HOWARD KEITH HALL                                                                               DEFENDANT

\* \* \* \* \*

The United States submits the following proposed supplemental jury instructions, in addition to the proposed instructions submitted by the United States at Docket Entry 50.

        Respectfully submitted,

        PAUL C. McCAFFREY
        ACTING UNITED STATES ATTORNEY

By:    /s/ Kate K. Smith
        Kate K. Smith
        Assistant United States Attorney
        260 W. Vine Street, Suite 300
        Lexington, Kentucky 40507-1612
        (859) 685-4885
        Kate.Smith@usdoj.gov

# 3.06
# UNINDICTED INDIVIDUALS

Now, some of the people who may have been involved in these events are not on trial. This does not matter. There is no requirement that all members of a scheme be charged and prosecuted, or tried together in one proceeding.

**Sixth Circuit Pattern Instruction 3.06 (modified)**

## COUNTY ATTORNEYS

Several Kentucky statutes govern employees of the Unified Prosecutorial System and the role and responsibilities of County Attorneys and Assistant County Attorneys. By statute, Assistant County Attorneys have the same powers and perform the same duties that County Attorneys have and perform, including prosecuting criminal matters in district court, attending and representing the fiscal court, collecting delinquent taxes, and handling child support enforcement. By statute, a county attorney's office employee who works on prosecutorial duties of the county attorney's office is subject to Kentucky Employees Retirement System membership. It is the responsibility of each County Attorney to determine membership in the appropriate retirement system. Kentucky law requires that individuals must work 100 hours per month to qualify for participation in the Kentucky Retirement system and to receive health insurance.

County Attorneys and assistant county attorneys are not prohibited from engaging in the private practice of law, provided they do not act as counsel in any case against the interests of the county or serve as defense counsel in any criminal prosecution in any state or federal court in Kentucky.

> **KRS 69.210 Duties of county attorney; KRS 15.725 Duties of Commonwealth's attorney and county attorneys; KRS § 78.5302 Duties of county attorney as employer; KRS 15.765 Private practice of law permitted; 15.740 Commonwealth's attorney and county attorney not to represent accused.**

## **CERTIFICATE OF SERVICE**

      On November 13, 2025, I electronically filed this document through the ECF system, which will send notice to counsel of record.

/s/ Kate K. Smith<br>
Assistant United States Attorney