UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CRIMINAL MINUTES-JURY TRIAL – DAY 4
FRANKFORT

Case No. 3:25-cr-05-01-GFVT            At: Frankfort            Date: November 13, 2025

Style: U.S.A. v. Howard Keith Hall,  X present; __ custody; X bond; __ OR; AGE __

DOCKET ENTRY: The Defendant's Oral Motion to Exclude the testimony of Tawanna Coleman is DENIED for the reasons stated on the record.

PRESENT: HON. _____, UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

Counsel for the United States: Kate K. Smith, AUSA

Counsel for Defendant: J. Guthrie True & Abigail Schueler;  X  Present; __ Appointed; X  Retained

Court Reporter: Sandy Wilder            Courtroom Deputy Clerk: Mary Jane Younce

_X_ JURY TRIAL – DAY 4            ___ COURT TRIAL

The Jury previously impaneled as follows:

| 1) 327 | (2) 375 | (3) 385 | (4) 35 | (5) 355 | (6) 332 | (7) 322 |
| (8) 346 | (9) 2 | (10) 326 | (11) 16 | (12) 339 | (13) 359 | (14) 23 |

X    Introduction of Evidence for plaintiff resumed but not concluded.

___  Rebuttal evidence;    ___ Sur-rebuttal evidence.

X    Case continued to Friday, November 14, 2025, at the hour of 9:30 a.m., at Frankfort, Kentucky., for further trial, subject to intervening orders of the Court.

___  Motion for judgment of acquittal ___ granted  ___ denied  ___ submitted.

___  Jury retires to deliberate at _____;   Jury returns at _____.

___  FINDING BY COURT.   ___ JURY VERDICT. See Signed Verdict as to each Defendant.

___  Jury Polled.   ___ Polling Waived   ___ Mistrial Declared

___  Case continued until_____ at Frankfort, Kentucky, for sentencing.

___  Court orders Pre-sentence Report with copies to be furnished to counsel and defendants pursuant to Rule 32, F. R. Cr. P./___ Copy of Pre-sentence Report not requested.

X___  Defendant shall remain on bond as previously set.

This the 13th day of November 2025.


cc: COR, USPO, USM
Deputy Clerk's Initials: __MJY__
TIC: 5/40