# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **KENTUCKY-FRANKFORT**

| United States of America | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| Howard Keith Hall | Case Number: 3:25-cr-05-01-GFVT |

| PRESIDING JUDGE<br>Hon. Gregory F. Van Tatenhove | PLAINTIFF'S ATTORNEY<br>Kate K. Smith, AUSA | DEFENDANT'S ATTORNEY<br>J. Guthrie True-M. Abigail Schueler |
|---|---|---|
| TRIAL DATE (S)<br>11/07/2025-11/18/2025 | COURT REPORTER<br>Sandy Wilder | COURTROOM DEPUTY<br>Mary Jane Younce |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/10/2025 | | | WITNESS - KEVIN KEENE |
| Ex | | 11/10/2025 | Y | Y | 9D - National Conference of Bar Examiners dated 8-22-2022 |
| | Ex | 11/10/2025 | Y | Y | 1 - Order Appoointment of County Attorney  08.24.20.15 |
| | Ex | 11/10/2025 | Y | Y | 2 Email from Julie Cox dated 9/24/20 11:06am |
| | Ex | 11/10/2025 | Y | Y | 3A - Unified Prosecutorial System Payroll Certification dated 8-31-2020 |
| | Ex | 11/10/2025 | Y | Y | 3B - Unified Prosecutorial System Payroll Certification dated 9/15/2020 |
| | Ex | 11/10/2025 | Y | Y | 3C - Unified Prosecutorial System Payroll Certification dated 9/30/2020 |
| | Ex | 11/10/2025 | Y | Y | 3D - Unified Prosecutorial System Payroll Certification dated 10/15/2020 |
| | Ex | 11/10/2025 | Y | Y | 3E - Unified Prosecutorial System Payroll Certification dated10/30/2020 |
| | Ex | 11/10/2025 | Y | Y | 3F - Unified Prosecutorial System Payroll Certification dated 11/15/2020 |
| | Ex | 11/10/2025 | Y | Y | 3G - Unified Prosecutorial System Payroll Certification dated 11/30/2020 |
| | Ex | 11/10/2025 | Y | Y | 3H - Unified Prosecutorial System Payroll Certification dated 12/15/2020 |
| | Ex | 11/10/2025 | Y | Y | 3I - Unified Prosecutorial System Payroll Certification dated 12/30/2020 |
| | Ex | 11/10/2025 | Y | Y | 3J - Unified Prosecutorial System Payroll Certification dated 1/15/2021 |
| | Ex | 11/10/2025 | Y | Y | 3K - Unified Prosecutorial System Payroll Certification dated 1/31/2021 |
| | Ex | 11/10/2025 | Y | Y | 3L - Unified Prosecutorial System Payroll Certification dated 2/15/2021 |
| | Ex | 11/10/2025 | Y | Y | 3M - Unified Prosecutorial System Payroll Certification dated 2/28/2021 |
| 2 | | 11/10/2025 | | | WITNESS - BILLY SLONE |
| 3 | | 11/10/2025 | | | WITNESS - REGINA CAREY |
| Ex | | 11/10/2025 | Y | Y | 2B - Prosecutors Advisory Counsel Administrtive Manual updated 2018 |
| Ex | | 11/10/2025 | Y | Y | 2A - Prosecutors Advisory Counsel  Administrative Manual updated 2012 |
| Ex | | 11/10/2025 | Y | Y | 1A - Payroll Certification dated 4/30/2020 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | vs. | | Howard Keith Hall | CASE NO. 3:25-cr-05-01-GFVT |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| Ex | | 11/10/2025 | Y | Y | 1B - Unified Prosecutorial System Payroll Certification dated 5/15/2020 |
| Ex | | 11/10/2025 | Y | Y | 1C - Unified Prosecutorial System Payroll Certification dated from 2016 through April 2020 |
| Ex | | 11/10/2025 | Y | Y | 1D - Unified Prosecutorial System Payroll Certification dated May 2020 – June 2020 |
| Ex | | 11/10/2025 | Y | Y | 1G - UPS Personnel Master (FY 2015, 2019, 2020) |
| Ex | | 11/10/2025 | Y | Y | 1H - Pike County Budgets & Distribution of Staff Funds ( FY 2021, 2026, 2021) |
| Ex | | 11/10/2025 | Y | Y | 1I - Pike County Personnel Masters (FY 2012, 2013, 2014, 2015) |
| Ex | | 11/10/2025 | Y | Y | 2C - FY 2020 Federal Funding Spreadshet |
| Ex | | 11/10/2025 | Y | Y | 2D - FY 2019 Federal Funding Spreadsheet |
| Ex | | 11/10/2025 | Y | Y | 1E -Shane Hall Personnel Records |
| Ex | | 11/10/2025 | Y | Y | 1F - Cullen Hall Personnel Records |
| | Ex | 11/10/2025 | Y | Y | 4 - Letter to Debbie Southerland from Howard Keith Hall dated 10/8/2010 |
| | Ex | 11/10/2025 | Y | Y | 5 - Unified Prosecurtorial System Documents FY2021 |
| | Ex | 11/10/2025 | Y | Y | 6 - UPS Personnel Master-Distribution of Staff Salary Budgets - Documents |
| 4 | | 11/12/2025 | | | WITNESS - COURTNEY CONLEY |
| 5 | | 11/12/2025 | | | WITNESS - ROBERT POULOS |
| 6 | | 11/12/2025 | | | WITNESS - KAREN HARR |
| 7 | | 11/12/2025 | | | WITNESS - TONNIE KEENE |
| 8 | | 11/12/2025 | | | WITNESS - TOMMY CHAMBERLIN |
| Ex | | 11/12/2025 | Y | Y | 9A - Juvenile summons: February 2020 |
| Ex | | 11/12/2025 | Y | Y | 9B - Juvenile summons March 2020 |
| Ex | | 11/12/2025 | Y | Y | 9C - Juvenile summons May 2020 |
| 9 | | 11/13/2025 | | | WITNESS - TAWANYA COLEMAN |
| Ex | | 11/13/2025 | Y | Y | 1J - Letter of Resignation from Tawanya Coleman |
| 10 | | 11/13/2025 | | | WITNESS - TINA AKERS |
| 11 | | 11/13/2025 | | | WITNESS - TONYA SCROGGINS |
| 12 | | 11/13/2025 | | | WITNESSS - MICHAEL SHANE HALL |
| Ex | | 11/13/2025 | Y | Y | 10A - October 24, 2019 texts |

Page  2  of  4  Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | vs. | Howard Keith Hall | | CASE NO. 3:25-cr-05-01-GFVT | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| Ex | | 11/13/2025 | Y | Y | 10B - December 17-25, 2019 texts | |
| Ex | | 11/13/2025 | Y | Y | 10C - January 3, 2020 texts | |
| Ex | | 11/13/2025 | Y | Y | 10D - January 21, 2020 texts | |
| Ex | | 11/13/2025 | Y | Y | 10E - January 29, 2020 texts | |
| Ex | | 11/13/2025 | Y | Y | 10F - February 28, 2020 texts | |
| | Ex | 11/13/2025 | Y | Y | 7 - Photo of Shane Hall's swearing in the second time | |
| | Ex | 11/13/2025 | Y | Y | 9 - Photo of Howard Keith Hall dated 3/13/2018 | |
| | Ex | 11/13/2025 | Y | Y | 10 - Photo advertisement of Shane Hall & Howard Keith Hall "Car Wreck" | |
| | Ex | 11/13/2025 | Y | Y | 11 - Photo of Keith Hall in Classroom dated 3/3/2018 | |
| | Ex | 11/13/2025 | Y | Y | 12 - Photo of Advertisement for Howard Keith Hall and Shane Hall | |
| | Ex | 11/13/2025 | Y | Y | 13 - Photo of Advertisement for Howard Keith Hall and Shane Hall | |
| | Ex | 11/13/2025 | Y | Y | 14 - Video Advertisement with Howard Keith Hall & Shane Hall | |
| | Ex | 11/13/2025 | Y | Y | 15 - Video Advertisement with Howard Keith Hall & Shane Hall | |
| | Ex | 11/13/2025 | Y | Y | 16 - Video Advertisement with Howard Keith Hall & Shane Hall | |
| | Ex | 11/13/2025 | Y | Y | 17 - Intake forms from Shane Hall's office from Howard Keith Hall | |
| | Ex | 11/13/2025 | Y | Y | 18 - Settlement Summaries from Shane Hall | |
| 13 | | 11/14/2025 | Y | Y | WITNESS - ANNA PINSON SPEARS | |
| Ex | | 11/14/2025 | Y | Y | 11 - Pike County Family Court Filings | |
| 14 | | 11/14/2025 | | | WITNESS - BOBBY STOKES | |
| 15 | | 11/14/2025 | | | WITNESS - CHRIS DARMAND | |
| Ex | | 11/14/2025 | Y | Y | 4A - Payroll Earnings History Reports 2011-2020 | |
| Ex | | 11/14/2025 | Y | Y | 4B - Legacy QEH 2010-2011 Records | |
| Ex | | 11/14/2025 | Y | Y | 4C - Michael Shane Hall W-2s | |
| Ex | | 11/14/2025 | Y | Y | 4D - Checks to Justin Hamilton from US Bank Account *9818 | |
| Ex | | 11/14/2025 | Y | Y | 5A - Shane Hall Attorney at Law PLLC BB&T (Truist) checks | |
| Ex | | 11/14/2025 | Y | Y | 5B - Shane Hall Attorney at Law PLLC Community Trust Bank checks | |
| Ex | | 11/14/2025 | Y | Y | 5C - Shane Hall Law Office QuickBooks | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | vs. | | | Howard Keith Hall | CASE NO. 3:25-cr-05-01-GFVT |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| Ex | | 11/14/2025 | Y | Y | 5D - Shane Hall Attorney at Law PLLC, Community Trust Bank Account *0654 | |
| Ex | | 11/14/2025 | Y | Y | 5E - Shane Hall Attorney at Law, PLLC, BB&T (Truist) Bank Account *0670 | |
| Ex | | 11/14/2025 | Y | Y | 6A - Howard Keith Hall US Bank Account *5231 | |
| EX | | 11/14/2025 | Y | Y | 7A - Financial summary chart – Shane Hall | |
| Ex | | 11/14/2025 | Y | Y | 7B - Financial summary chart – Howard Keith Hall 2011-2020 | |
| Ex | | 11/14/2025 | Y | Y | 7C - Financial summary chart – Howard Keith Hall 2016-2020 | |
| Ex | | 11/14/2025 | Y | Y | 7D - Financial summary chart – Justin Hamilton | |
| Ex | | 11/14/2025 | Y | Y | 8A - Howard Keith Hall Personnel Records | |
| Ex | | 11/14/2025 | Y | Y | 8B - Michael Shane Hall Personnel Records | |
| Ex | | 11/14/2025 | Y | Y | 8C - Cullen Hall Personnel Records | |
| Ex | | 11/14/2025 | Y | Y | 3A - Shane Hall KBA Records | |
| Ex | | 11/14/2025 | Y | Y | 3B - KBA Records Keith Hall | |
| | 1 | 11/17/2025 | | | WITNESS - JUSTIN HAMILTON | |
| | 2 | 11/17/2025 | | | WITNESS - HAROLD MAC JOHNS | |
| CEx | | 11/17/2025 | Y | Y | 8A - COURT EXHIBIT Photo of Shane Hall speaking in Pikeville (Not shown to Jury) | |
| CEx | | 11/17/2025 | Y | Y | 8B - COURT EXHIBIT Program of Child abuse prevention kickoff Event (Not shown to Jury) | |

Page __4__ of __4__ Pages