Eastern District of Kentucky
FILED

NOV 18 2025

AT FRANKFORT
Robert R. Carr
CLERK US, DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:25-cr-00005-GFVT-MAS |
| | ) | |
| v. | ) | |
| | ) | **JURY INSTRUCTIONS** |
| HOWARD KEITH HALL, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

### Introduction – General Principles

Members of the jury, now it is time for me to instruct you about the law that you must follow in deciding this case.

I will start by explaining your duties and the general rules that apply in every criminal case.

Then I will explain the elements, or parts, of the crime that the defendant is accused of committing.

Then I will explain the defendant's position.

Then I will explain some rules that you must use in evaluating particular testimony and evidence.

And last, I will explain the rules that you must follow during your deliberations in the jury room, and the possible verdicts that you may return.

Please listen very carefully to everything I say.

**Juror's Duties**

You have two main duties as jurors. The first one is to decide what the facts are from the evidence that you saw and heard here in court. Deciding what the facts are is your job, not mine, and nothing that I have said or done during this trial was meant to influence your decision about the facts in any way.

Your second duty is to take the law that I give you, apply it to the facts, and decide if the government has proved the defendant guilty beyond a reasonable doubt. It is my job to instruct you about the law, and you are bound by the oath that you took at the beginning of the trial to follow the Instruction that I give you, even if you personally disagree with them. This includes the Instruction that I gave you before and during the trial, and these Instruction. All the Instruction are important, and you should consider them together as a whole.

The lawyers have talked about the law during their arguments. But if what they said is different from what I say, you must follow what I say. What I say about the law controls.

Perform these duties fairly and impartially. Do not let any bias, sympathy or prejudice that you may feel toward one side or the other influence your decision in any way.

Do not allow yourself to be influenced by personal likes or dislikes, sympathy, prejudice, fear, public opinion, or biases. You should not be influenced by stereotypes based on any person's age, race, color, religious beliefs, national ancestry, sexual orientation, gender identity, gender, or economic circumstances.

2

**Presumption of Innocence, Burden of Proof, Reasonable Doubt**

As you know, the defendant has pleaded not guilty to the crime charged in the indictment. The indictment is not any evidence at all of guilt. It is just the formal way that the government tells the defendant what crime he is accused of committing. It does not even raise any suspicion of guilt.

Instead, the defendant starts the trial with a clean slate, with no evidence at all against him, and the law presumes that he is innocent. This presumption of innocence stays with him unless the government presents evidence here in court that overcomes the presumption, and convinces you beyond a reasonable doubt that he is guilty.

This means that the defendant has no obligation to present any evidence at all, or to prove to you in any way that he is innocent. It is up to the government to prove that he is guilty, and this burden stays on the government from start to finish. You must find the defendant not guilty unless the government convinces you beyond a reasonable doubt that he is guilty.

The government must prove every element of the crime charged beyond a reasonable doubt. Proof beyond a reasonable doubt does not mean proof beyond all possible doubt. Possible doubts or doubts based purely on speculation are not reasonable doubts. A reasonable doubt is a doubt based on reason and common sense. It may arise from the evidence, the lack of evidence, or the nature of the evidence.

Proof beyond a reasonable doubt means proof which is so convincing that you would not hesitate to rely and act on it in making the most important decisions in your own lives. If you are convinced that the government has proved the defendant guilty beyond a reasonable doubt, say so by returning a guilty verdict. If you are not convinced, say so by returning a not guilty verdict.

3

**Evidence Defined**

You must make your decision based only on the evidence that you saw and heard here in court. Do not let rumors, suspicions, or anything else that you may have seen or heard outside of court influence your decision in any way.

The evidence in this case includes only what the witnesses said while they were testifying under oath; the exhibits that I allowed into evidence; and the facts that I have judicially noticed.

Nothing else is evidence. The lawyers' statements and arguments are not evidence. Their questions and objections are not evidence. My legal rulings are not evidence. And my comments and questions are not evidence.

During the trial I did not let you hear the answers to some of the questions that the lawyers asked. I also ruled that you could not see some of the exhibits that the lawyers wanted you to see. And sometimes I ordered you to disregard things that you saw or heard, or I struck things from the record. You must completely ignore all of these things. Do not even think about them. Do not speculate about what a witness might have said or what an exhibit might have shown. These things are not evidence, and you are bound by your oath not to let them influence your decision in any way.

Make your decision based only on the evidence, as I have defined it here, and nothing else.

4

## Consideration of Evidence

You are to consider only the evidence in the case. You should use your common sense in weighing the evidence. Consider the evidence in light of your everyday experience with people and events, and give it whatever weight you believe it deserves. If your experience tells you that certain evidence reasonably leads to a conclusion, you are free to reach that conclusion.

In our lives, we often look at one fact and conclude from it that another fact exists. In law we call this an "inference." A jury is allowed to make reasonable inferences, unless otherwise instructed. Any inferences you make must be reasonable and must be based on the evidence in the case.

The existence of an inference does not change or shift the burden of proof from the government to the defendant.

## Direct and Circumstantial Evidence

Now, some of you may have heard the terms "direct evidence" and "circumstantial evidence."

Direct evidence is simply evidence like the testimony of an eyewitness which, if you believe it, directly proves a fact. If a witness testified that he saw it raining outside, and you believed him, that would be direct evidence that it was raining.

Circumstantial evidence is simply a chain of circumstances that indirectly proves a fact. If someone walked into the courtroom wearing a raincoat covered with drops of water and carrying a wet umbrella, that would be circumstantial evidence from which you could conclude that it was raining.

It is your job to decide how much weight to give the direct and circumstantial evidence. The law makes no distinction between the weight that you should give to either one, or say that one is any better evidence than the other. You should consider all the evidence, both direct and circumstantial, and give it whatever weight you believe it deserves.

6

## Credibility of Witnesses

Another part of your job as jurors is to decide how credible or believable each witness was. This is your job, not mine. It is up to you to decide if a witness's testimony was believable, and how much weight you think it deserves. You are free to believe everything that a witness said, or only part of it, or none of it at all. But you should act reasonably and carefully in making these decisions.

Let me suggest some things for you to consider in evaluating each witness's testimony.

(A) Ask yourself if the witness was able to clearly see or hear the events. Sometimes even an honest witness may not have been able to see or hear what was happening, and may make a mistake.

(B) Ask yourself how good the witness's memory seemed to be. Did the witness seem able to accurately remember what happened?

(C) Ask yourself if there was anything else that may have interfered with the witness's ability to perceive or remember the events.

(D) Ask yourself how the witness acted while testifying. Did the witness appear honest? Or did the witness appear to be lying?

(E) Ask yourself if the witness had any relationship to the government or the defendant, or anything to gain or lose from the case, that might influence the witness's testimony. Ask yourself if the witness had any bias, or prejudice, or reason for testifying that might cause the witness to lie or to slant the testimony in favor of one side or the other.

(F) Ask yourself if the witness testified inconsistently while on the witness stand, or if the witness said or did something (or failed to say or do something) at any other time

7

that is inconsistent with what the witness said while testifying. If you believe that the witness was inconsistent, ask yourself if this makes the witness's testimony less believable. Sometimes it may; other times it may not. Consider whether the inconsistency was about something important, or about some unimportant detail. Ask yourself if it seemed like an innocent mistake, or if it seemed deliberate.

(G) And ask yourself how believable the witness's testimony was in light of all the other evidence. Was the witness's testimony supported or contradicted by other evidence that you found believable? If you believe that a witness's testimony was contradicted by other evidence, remember that people sometimes forget things, and that even two honest people who witness the same event may not describe it exactly the same way.

These are only some of the things that you may consider in deciding how believable each witness was. You may also consider other things that you think shed some light on the witness's believability. Use your common sense and your everyday experience in dealing with other people. And then decide what testimony you believe, and how much weight you think it deserves.

**Number of Witnesses**

One more point about the witnesses. Sometimes jurors wonder if the number of witnesses who testified makes any difference.

Do not make any decisions based only on the number of witnesses who testified. What is more important is how believable the witnesses were, and how much weight you think their testimony deserves. Concentrate on that, not the numbers.

**Lawyers' Objections**

There is one more general subject that I want to talk to you about before I begin
explaining the elements of the crime charged.

The lawyers for both sides objected to some of the things that were said or done during
the trial. Do not hold that against either side. The lawyers have a duty to object whenever they
think that something is not permitted by the rules of evidence. Those rules are designed to make
sure that both sides receive a fair trial.

And do not interpret my rulings on their objections as any indication of how I think the
case should be decided. My rulings were based on the rules of evidence, not on how I feel about
the case. Remember that your decision must be based only on the evidence that you saw and
heard here in court.

10

**Introduction – Defining the Crime**

That concludes the part of my Instruction explaining your duties and the general rules
that apply in every criminal case. In a moment, I will explain the elements of the crime that the
defendant is accused of committing.

But before I do that, I want to emphasize that the defendant is only on trial for the
particular crime charged in the indictment. Your job is limited to deciding whether the
government has proved the crime charged.

Also keep in mind that whether anyone else should be prosecuted and convicted for this
crime is not a proper matter for you to consider. The possible guilt of others is no defense to a
criminal charge. Your job is to decide if the government has proved this defendant guilty. Do not
let the possible guilt of others influence your decision in any way.

**Dates in the Indictment**

Next, I want to say a word about the dates mentioned in the Indictment.

The Indictment charges that the crimes happened "on or about" certain dates. The government does not have to prove that the crime happened on those exact dates. But the government must prove that the crime happened reasonably close to those dates.

**Inferring Required Mental State**

Next, I want to explain something about proving a defendant's state of mind.

Ordinarily, there is no way that a defendant's state of mind can be proved directly, because no one can read another person's mind and tell what that person is thinking.

But a defendant's state of mind can be proved indirectly from the surrounding circumstances. This includes things like what the defendant said, what the defendant did, how the defendant acted, and any other facts or circumstances in evidence that show what was in the defendant's mind.

**Deliberate Ignorance**

Next, I want to explain something about proving a defendant's knowledge as it relates to Counts 1 and 2. No one can avoid responsibility for a crime by deliberately ignoring the obvious. If you are convinced that the defendant deliberately ignored a high probability that the payroll certifications submitted to the PAC were false or concealed material facts, then you may find that he knew that the payroll certifications submitted to the PAC were false, misleading, or omitted material facts.

But to find this, you must be convinced beyond a reasonable doubt that the defendant was aware of a high probability that the payroll certifications he submitted to the PAC were false or concealed material facts, and that the defendant deliberately closed his eyes to what was obvious. Carelessness, or negligence, or foolishness on his part is not the same as knowledge, and is not enough to convict on Counts 1 and 2 of the indictment. This, of course, is all for you to decide.

**Use of the Word "And" in the Indictment**

Although the indictment charges that the statute was violated by acts that are connected by the word "and," it is sufficient if the evidence establishes a violation of the statute by any one of the acts charged. Of course, this must be proved beyond a reasonable doubt.

**Single Defendant Charged with Multiple Crimes**

The defendant has been charged with several crimes. The number of charges is no evidence of guilt, and this should not influence your decision in any way. It is your duty to separately consider the evidence that relates to each charge, and to return a separate verdict for each one. For each charge, you must decide whether the government has presented proof beyond a reasonable doubt that the defendant is guilty of that particular charge.

Your decision on one charge, whether it is guilty or not guilty, should not influence your decision on any of the other charges.

16

**Unindicted Individuals**

Now, some of the people who may have been involved in these events are not on trial. This does not matter. There is no requirement that all members of a scheme be charged and prosecuted, or tried together in one proceeding.

**County Attorneys**

Several Kentucky statutes govern employees of the Unified Prosecutorial System and the role and responsibilities of County Attorneys and Assistant County Attorneys. By statute, Assistant County Attorneys have the same powers and perform the same duties that County Attorneys have and perform, including prosecuting criminal matters in district court, attending and representing the fiscal court, collecting delinquent taxes, and handling child support enforcement. By statute, a county attorney's office employee who works on prosecutorial duties of the county attorney's office may be subject to Kentucky Employees Retirement System membership.

County Attorneys and assistant county attorneys are not prohibited from engaging in the private practice of law, provided they do not act as counsel in any case against the interests of the county or serve as defense counsel in any criminal prosecution in any state or federal court in Kentucky.

**Prosecutors Advisory Council (PAC)**

Kentucky operates a unified prosecutorial system with the Attorney General as the chief prosecutor of the Commonwealth. The state government created the Prosecutors Advisory Council ("PAC") to administer the unified prosecutorial system. The PAC is responsible for, but not limited to: (1) the preparation of the budget of the unified prosecutorial system of the Commonwealth of Kentucky; (2) the continuing legal education and program development of the unified prosecutorial system of Kentucky; and (3) proposing and adopting a code of ethics for prosecutors within the unified prosecutorial system.

### Mail Fraud (18 U.S.C. § 1341)

Counts 1 and 2 of the indictment charges the defendant with mail fraud. For you to find the defendant guilty of mail fraud, you must find that the government has proved each and every one of the following elements beyond a reasonable doubt:

*First*, that the defendant devised or knowingly participated in a scheme to defraud in order to deprive another of money or property;

*Second*, that the scheme included a material misrepresentation or concealment of a material fact;

*Third*, that the defendant had the intent to defraud; and

*Fourth*, that the defendant used the mail in furtherance of the scheme.

Now I will give you more detailed Instruction on some of these terms.

A **"scheme to defraud"** includes any plan or course of action by which someone intends to deprive another of money or property by means of false or fraudulent pretenses, representations, or promises.

The term **"false or fraudulent pretenses, representations or promises"** means any false statements or assertions that concern a material aspect of the matter in question, that were either known to be untrue when made or made with reckless indifference to their truth. They include actual, direct false statements as well as half-truths and the knowing concealment of material facts.

An act is **"knowingly"** done if done voluntarily and not because of mistake or some other innocent reason.

20

A misrepresentation or concealment is "**material**" if it has a natural tendency to influence or is capable of influencing the decision of a person of ordinary prudence and comprehension.

To act with "**intent to defraud**" means to act with an intent to deceive or cheat for the purpose of depriving another of money or property.

To "**cause**" the mail to be used is to do an act with knowledge that the use of the mail will follow in the ordinary course of business or where such use can reasonably be foreseen.

It is not necessary that the government prove all of the details alleged concerning the precise nature and purpose of the scheme, that the material transmitted by mail was itself false or fraudulent, that the alleged scheme actually succeeded in defrauding anyone, that the use of the mail was intended as the specific or exclusive means of accomplishing the alleged fraud, that someone relied on the misrepresentation or false statement, or that the defendant obtained money or property for his own benefit.

If you are convinced that the government has proved all of the elements, say so by returning a guilty verdict on this charge. If you have a reasonable doubt about any one of the elements, then you must find the defendant not guilty of this charge.

**Theft From a Federally Funded Program (18 U.S.C. § 666(a)(1)(A))**

Count 3 of the indictment accuse the defendant of the crime of theft from a federally funded program, in violation of 18 U.S.C. § 666(a)(1)(A).

In order for you to find a violation of this statute, the government must prove each of the following elements beyond a reasonable doubt:

(1) That the defendant was an agent of state government or any agency of that government;

(2) That the agent in a one-year period, embezzled, stole, obtained by fraud, knowingly and without authority converted to the use of someone other than the rightful owner, intentionally misapplied property valued at $5,000 or more that was owned by, or was under the care, custody or control of the agency; and

(3) That agency was an agency that received, in the same one-year period, benefits in excess of $10,000 under a Federal program involving a grant, contract subsidy, loan, guarantee, insurance or other assistance.

Now I will give you some more detailed Instruction on these terms:

(A) The term "agent" means a person authorized to act on behalf of another person or a government and, in the case of an organization, or government, includes a servant or employee, and a partner, director, officer, manager, and representative.

(B) The term "government agency" means a subdivision of the executive, legislative, judicial, or other branch of government, including a department, independent establishment, commission, administration, authority, board and bureau, and a corporation or other legal entity established, and subject to control, by a government or governments for the execution of a governmental or intergovernmental program.

(C) The term "in any one-year period" means a continuous period that commences no earlier than twelve months before the commission of the offense or that ends no later than twelve months after the commission of the offense. Such period may include time both before and after the commission of the offense.

(D) To "embezzle" means to wrongfully, intentionally take money or property of another after the money or property has lawfully come within the possession or control of the person taking it. No particular type of moving or carrying away is required.

(E) To "steal" or "convert" means to wrongfully take money or property belonging to another with intent to deprive the owner of its use and benefit either temporarily or permanently. Any appreciable change of the location of the property with the intent to deprive constitutes a stealing whether or not there is an actual removal of it from the owner's premises.

(F) To "obtain by fraud" means to act knowingly and with intent to deceive or cheat, usually for the purpose of causing financial loss to someone else or bringing about a financial gain to oneself or another.

(G) To "intentionally misapply" money or property means to intentionally convert such money or property for one's own use and benefit, or for the use and benefit of another, knowing that one had no right to do so.

(H) The word "value" means the face, par, or market value, or cost price, either wholesale or retail, whichever is greater.

(I) To reach the $5,000 theft threshold, you may aggregate lesser takings that are part of a common scheme. The term "common scheme" means the thefts or takings arise out of a master plan, notwithstanding variations in time and geography occurring in each act of theft.

(J) It is not necessary to prove that the defendant's conduct directly affected the funds received by the agency under the Federal program. However, there must be some connection between the criminal conduct and the state agency receiving federal assistance.

(K) In considering the $5,000 theft threshold, do not consider *bona fide* salary, wages, fees, or other compensation paid, or expenses paid or reimbursed, in the usual course of business.

(L) *Bona fide* salary, wages, fees, or other compensation paid, or expenses paid or reimbursed, in the usual course of business are those made in good faith or made without fraud or deceit.

## Good Faith Defense

The good faith of the defendant is a complete defense to the charge of mail fraud contained in Counts 1 and 2 of the indictment because good faith on the part of the defendant is, simply, inconsistent with an intent to defraud.

A person who acts, or causes another person to act, on a belief or an opinion honestly held is not punishable under this statute merely because the belief or opinion turns out to be inaccurate, incorrect, or wrong. An honest mistake in judgment or an honest error in management does not rise to the level of criminal conduct.

A defendant does not act in good faith if, even though he honestly holds a certain opinion or belief, that defendant also knowingly makes false or fraudulent pretenses, representations, or promises to others.

While the term "good faith" has no precise definition, it encompasses, among other things, a belief or opinion honestly held, an absence of malice or ill will, and an intention to avoid taking unfair advantage of another.

The burden of proving good faith does not rest with the defendant because the defendant does not have any obligation to prove anything in this case. It is the government's burden to prove to you, beyond a reasonable doubt, that the defendant acted with an intent to defraud.

If the evidence in this case leaves you with a reasonable doubt as to whether the defendant acted with an intent to defraud or in good faith, you must acquit the defendant.

**Introduction – Special Evidentiary Matters**

That concludes the part of my Instruction explaining the elements of the crime and the defendant's position. Next, I will explain some rules that you must use in considering some of the testimony and evidence.

**Defendant Not Testifying**

A defendant has an absolute right not to testify. The fact that he did not testify cannot be considered by you in any way. Do not even discuss it in your deliberations.

Remember that it is up to the government to prove the defendant guilty beyond a reasonable doubt. It is not up to the defendant to prove that he is innocent.

**Opinion Testimony**

You have heard the testimony of Harold Mac Johns, who testified as an opinion witness.

You do not have to accept Mr. Johns' opinion. In deciding how much weight to give it, you should consider the witness's qualifications and how he reached his conclusions. Also consider the other factors discussed in these Instruction for weighing the credibility of witnesses.

Remember that you alone decide how much of a witness's testimony to believe, and how much weight it deserves.

28

**Summaries and Other Materials Admitted into Evidence**

During the trial you have seen or heard summary evidence in the form of charts and similar materials. This summary was admitted in evidence, in addition to the material it summarizes, because it may assist you in understanding the evidence that has been presented.

But the summary itself is not evidence of the material it summarizes, and is only as valid and reliable as the underlying material it summarizes.

**Judicial Notice**

I have decided to accept as proved the fact that Franklin County, Kentucky is within the Eastern District of Kentucky, even though no evidence was presented on this point. You may accept this fact as true, but you are not required to do so.

**Introduction – Deliberations and Verdict**

That concludes the part of my Instruction explaining the rules for considering some of the testimony and evidence. Now let me finish up by explaining some things about your deliberations in the jury room, and your possible verdicts.

The first thing that you should do in the jury room is choose someone to be your foreperson. This person will help to guide your discussions, and will speak for you here in court.

Once you start deliberating, do not talk to the jury officer, or to me, or to anyone else except each other about the case. If you have any questions or messages, you must write them down on a piece of paper, sign them, and then give them to the jury officer. The officer will give them to me, and I will respond as soon as I can. I may have to talk to the lawyers about what you have asked, so it may take me some time to get back to you. Any questions or messages normally should be sent to me through your foreperson.

If you want to see any of the exhibits that were admitted in evidence, you may send me a message, and those exhibits will be provided to you.

One more thing about messages. Do not ever write down or tell anyone, including me, how you stand on your votes. For example, do not write down or tell anyone that you are split 6-6, or 8-4, or whatever your vote happens to be. That should stay secret until you are finished.

### Experiments, Research, Investigation and Outside Communications

Remember that you must make your decision based only on the evidence that you saw and heard here in court.

During your deliberations, you must not communicate with or provide any information to anyone by any means about this case. You may not use any electronic device or media or application, such as a telephone, cell phone, smart phone, iPhone, Blackberry, or computer, the Internet, any Internet service, or any text or instant messaging service, any Internet chat room, blog, or website such as Facebook, MySpace, LinkedIn, YouTube, Twitter, Instagram, WhatsApp, Snapchat or other similar electronic service, to communicate to anyone any information about this case or to conduct any research about this case until I accept your verdict. In other words, you cannot talk to anyone on the phone, correspond with anyone, or electronically communicate with anyone about this case. You can only discuss the case in the jury room with your fellow jurors during deliberations. I expect you will inform me as soon as you become aware of another juror's violation of these Instruction.

You may not use these electronic means to investigate or communicate about the case because it is important that you decide this case based solely on the evidence presented in this courtroom. Information on the Internet or available through social media might be wrong, incomplete, or inaccurate. Even using your smartphones, tablets, and computers -- and the news and social media apps on those devices -- may inadvertently expose you to certain notices, such as pop-ups or advertisements, that could influence your consideration of the matters you've heard about in this courtroom. You are only permitted to discuss the case with your fellow jurors during deliberations because they have seen and heard the same evidence you have. In our judicial system, it is important that you are not influenced by anything or anyone outside of this

32

courtroom. Otherwise, your decision may be based on information known only by you and not your fellow jurors or the parties in the case. This would unfairly and adversely impact the judicial process. A juror who violates these restrictions jeopardizes the fairness of these proceedings, and a mistrial could result, which would require the entire trial process to start over.

**Unanimous Verdict**

Your verdict, whether it is guilty or not guilty, must be unanimous as to each count.

To find the defendant guilty of a particular count, every one of you must agree that the government has overcome the presumption of innocence with evidence that proves his guilt beyond a reasonable doubt.

To find him not guilty of a particular count, every one of you must agree that the government has failed to convince you beyond a reasonable doubt.

Either way, guilty or not guilty, your verdict must be unanimous as to each count.

**Duty to Deliberate**

Now that all the evidence is in and the arguments are completed, you are free to talk about the case in the jury room. In fact, it is your duty to talk with each other about the evidence, and to make every reasonable effort you can to reach unanimous agreement. Talk with each other, listen carefully and respectfully to each other's views, and keep an open mind as you listen to what your fellow jurors have to say. Try your best to work out your differences. Do not hesitate to change your mind if you are convinced that other jurors are right and that your original position was wrong.

But do not ever change your mind just because other jurors see things differently, or just to get the case over with. In the end, your vote must be exactly that--your own vote. It is important for you to reach unanimous agreement, but only if you can do so honestly and in good conscience.

No one will be allowed to hear your discussions in the jury room, and no record will be made of what you say. So you should all feel free to speak your minds.

Listen carefully to what the other jurors have to say, and then decide for yourself if the government has proved the defendant guilty beyond a reasonable doubt.

## Punishment

If you decide that the government has proved the defendant guilty, then it will be my job to decide what the appropriate punishment should be.

Deciding what the punishment should be is my job, not yours. It would violate your oaths as jurors to even consider the possible punishment in deciding your verdict.

Your job is to look at the evidence and decide if the government has proved the defendant guilty beyond a reasonable doubt.

**Verdict Form**

I have prepared a verdict form that you should use to record your verdict. The verdict form is appended to the end of these Jury Instructions.

If you decide that the government has proved the charge against the defendant beyond a reasonable doubt, say so by having your foreperson mark the appropriate place on the form. If you decide that the government has not proved the charge against him beyond a reasonable doubt, say so by having your foreperson mark the appropriate place on the form. Your foreperson should then sign the form, put the date on it, and return it to me.

37

**Court Has No Opinion**

Let me finish up by repeating something that I said to you earlier. Nothing that I have said or done during this trial was meant to influence your decision in any way. You decide for yourselves if the government has proved the defendant guilty beyond a reasonable doubt.

**Juror Notes**

Remember that if you elected to take notes during the trial, your notes should be used only as memory aids. You should not give your notes greater weight than your independent recollection of the evidence. You should rely upon your own independent recollection of the evidence or lack of evidence and you should not be unduly influenced by the notes of other jurors. Notes are not entitled to any more weight than the memory or impression of each juror.

Whether you took notes or not, each of you must form and express your own opinion as to the facts of the case.

***United States v. Hall***
3:25-cr-00005-GFVT-MAS-1
Jury Instructions — Table of Contents

| Instruction No. | Title | Page No. |
|:---:|---|:---:|
| 1 | Introduction – General Principles | 1 |
| 2 | Juror's Duties | 2 |
| 3 | Presumption of Innocence, Burden of Proof, Reasonable Doubt | 3 |
| 4 | Evidence Defined | 4 |
| 5 | Consideration of Evidence | 5 |
| 6 | Direct and Circumstantial Evidence | 6 |
| 7 | Credibility of Witnesses | 7 |
| 8 | Number of Witnesses | 9 |
| 9 | Lawyers' Objections | 10 |
| 10 | Introduction -- Defining the Crime | 11 |
| 11 | Dates in the Indictment | 12 |
| 12 | Inferring Required Mental State | 13 |
| 13 | Deliberate Ignorance | 14 |
| 14 | Use of the Word "And" in the Indictment | 15 |
| 15 | Single Defendant Charged with Multiple Crimes | 16 |
| 16 | Unindicted Individuals | 17 |
| 17 | County Attorneys | 18 |
| 18 | Prosecutors Advisory Council (PAC) | 19 |
| 19 | Mail Fraud (18 U.S.C. § 1341) | 20 |
| 20 | Theft from a Federally Funded Program (18 U.S.C. § 666(a)(1)(A) | 22 |
| 21 | Good Faith Defense | 25 |
| 22 | Introduction – Special Evidentiary Matters | 26 |
| 23 | Defendant Not Testifying | 27 |
| 24 | Opinion Testimony | 28 |
| 25 | Summaries and Other Materials Admitted into Evidence | 29 |
| 26 | Judicial Notice | 30 |
| 27 | Introduction -- Deliberations and Verdict | 31 |
| 28 | Experiments, Research, Investigation and Outside Communications | 32 |
| 29 | Unanimous Verdict | 34 |
| 30 | Duty to Deliberate | 35 |
| 31 | Punishment | 36 |
| 32 | Verdict Form | 37 |
| 33 | Court Has No Opinion | 38 |
| 34 | Juror Notes | 39 |