**JURY QUESTION**
3:25-cv-5-GFVT
USA v. Hall

Eastern District of Kentucky
FILED

NOV 1 8 2025

AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

QUESTION(S):

WE hAVE REAchEd A VERdicT

Jury Foreman # 385