# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ KENTUCKY-FRANKFORT

UNITED STATES OF AMERICA

V.

HOWARD KEITH HALL

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 3:25-CR-05-01-GFVT

Eastern District of Kentucky
FILED

NOV 18 2025

AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Hon. Gregory F. Van Tatenhove        U.S. District Judge
Name of Judge                                    Title of Judge

11/18/2025
_____
Date